ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
PABLO A. NICHOLS (CA SBN 254722)
PNichols@mofo.com
KEVIN LOVE HUBBARD (CA SBN 290759)
KHubbard@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs,
BALJIT ATHWAL; NAVNEET ATHWAL; DALJIT ATWAL;
and KARAN INC., d/b/a POP-N-CORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL; NAVNEET ATHWAL; DALJIT ATWAL; and KARAN INC., d/b/a POP-N-CORK,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL; PAUL EDWARD JONES; DOE COUNTY OF STANISLAUS EMPLOYEES 1–10; DOE CITY OF TURLOCK EMPLOYEES 11–20; DOE CITY OF MODESTO EMPLOYEES 21–30; and DOE CITY OF CERES EMPLOYEES 31–40,<br><br>Defendants. | Case No.  1:15-cv-00311-TLN-BAM<br><br>Honorable Troy L. Nunley<br><br>**STIPULATION OF THE PARTIES TO STAY CIVIL ACTION PENDING RESOLUTION OF CRIMINAL MATTER** |

Two of the Plaintiffs in this case, Baljit Athwal and Daljit Atwal, are now defendants in criminal proceedings in the Superior Court of California, County of Stanislaus, Case Number CR-1490969, that arise from the same facts underlying Plaintiffs' Complaint in this civil action. When a plaintiff's civil claims arise from the same set of facts implicated in a pending criminal proceeding, it is common practice "to stay the civil action until the criminal case or the likelihood of a criminal case is ended." *Wallace v. Kato*, 549 U.S. 384, 393-94 (2007). In light of the pending criminal proceedings, each of the parties agrees, and does hereby stipulate, to an indefinite stay of this civil action until the criminal case is ended. Plaintiffs shall advise the Court, by filing an appropriate motion or stipulation, when the criminal case is ended.

Dated: October 6, 2015

ARTURO GONZALEZ
SOMNATH RAJ CHATTERJEE
PABLO A. NICHOLS
KEVIN LOVE HUBBARD

MORRISON & FOERSTER LLP

By: */s/ Kevin Love Hubbard*
Kevin Love Hubbard
*Attorneys for Plaintiffs*
BALJIT ATHWAL, NAVNEET ATHWAL, DALJIT ATWAL, and KARAN INC., d/b/a POP-N-CORK

Dated: October 7, 2015

BRADLEY J. SWINGLE
AMEET S. BIRRING

ARATA, SWINGLE, SODHI & VAN EGMOND

By: */s Bradley J. Swingle* (as authorized 10/7/15)
Bradley J. Swingle
*Attorneys for Defendants*
CITY OF CERES, CITY OF TURLOCK and TIMOTHY REDD

| Dated: | October 6, 2015 | BLAKE P. LOEBS<br>LILLIAN K. YOO |
|---|---|---|

MEYERS, NAVE, RIBACK, SILVER & WILSON

By:   /s *Blake P. Loebs*   (as authorized 10/06/15)
     Blake P. Loebs
     *Attorneys for Defendants*
     CITY OF MODESTO, CHIEF GALEN
     CARROLL and DET. JON EVERS

Dated:    October 6, 2015     TERENCE J. CASSIDY
     JOHN R. WHITEFLEET
     LAUREN E. CALNERO

PORTER SCOTT

By:   /s *John R. Whitefleet*   (as authorized 10/06/15)
     John R. Whitefleet
     *Attorneys for Defendants*
     COUNTY OF STANISLAUS, KIRK
     BUNCH, DALE LINGERFELT, STEVE
     JACOBSON and BIRGIT FLADAGER

Dated:    October 6, 2015     TIMOTHY J. HOGAN

LAW OFFICES OF TIMOTHY J. HOGAN

By:   /s *Timothy J. Hogan*   (as authorized 10/06/15)
     Timothy J. Hogan
     *Attorneys for Defendant*
     PAUL EDWARD JONES

**IT IS SO ORDERED.**

Dated: October 8, 2015

_____
Troy L. Nunley
United States District Judge