Jose M. Sanchez (SBN: 238467)
jsanchez@meyersnave.com
CITY OF MODESTO
1010 10th Street, Suite 6300
P.O. Box 642
Modesto, CA  95353
Telephone: (209) 577-5284
Facsimile:  (209) 544-8260

Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Robert G. Davis (SBN: 304758)
rdavis@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
1999 Harrison Street, 9th Floor
Oakland, California 94612
Telephone: (510) 808-2000
Facsimile:  (510) 444-1108

Attorneys for Defendants
CITY OF MODESTO, GALEN CARROLL and
JON EVERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL; NAVNEET ATHWAL; DALJIT ATWAL; and KARAN INC., d/b/a POP-N-CORK,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF STANISLAUS; CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL; PAUL EDWARD JONES; DOE COUNTY OF STANISLAUS EMPLOYEES 1-10; DOE CITY OF TURLOCK EMPLOYEES 11-20; DOE CITY OF MODESTO EMPLOYEES 21-30; and DOE CITY OF CERES EMPLOYEES 31-40,<br><br>Defendants. | Case No. 1:15-cv-00311-TLN-BAM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER**<br><br>Trial Date:       None Set |

**STIPULATION**

1. Defendants City of Modesto, Chief Galen Carroll, and Detective Jon Evers ("Modesto Defendants") and Plaintiffs Baljit Athwal, Navneet Athwal, Daljit Atwal, and Karan, Inc., dba Pop-N-Cork ("Plaintiffs") (collectively, the "Stipulating Parties") stipulate as follows:

2. Plaintiffs filed their First Amended Complaint on July 28, 2020. (Dkt. 86.)

3. The Modesto Defendants were served with the First Amended Complaint on July 28, 2020.

4. Based on the date of service, and absent an extension, the latest date for Modesto Defendants to respond to the First Amended Complaint would be August 18, 2020.

5. The Modesto Defendants have recently retained new counsel to represent them in this matter and the Modesto Defendants' current counsel will soon be substituting out as counsel of record.

6. The Modesto Defendants requests a two-week extension of time within which to respond to the First Amended Complaint on the grounds that its new counsel was recently retained, and responding to the First Amended Complaint will entail review of the record by new counsel before drafting a response to the First Amended Complaint.

7. Based on the foregoing, and in an effort to promote more efficient litigation of this case, the Stipulating Parties have agreed that the deadline for Modesto Defendants' response to the First Amended Complaint shall be extended by two weeks to **September 1, 2020**.

IT IS SO STIPULATED.

[Signatures on next page]

| | | |
|---|---|---|
| 1 | DATED:  August 14, 2020 | Respectfully submitted, |
| 2 | | MEYERS, NAVE, RIBACK, SILVER & WILSON |

By: _____/s/ Robert G. Davis_____
ROBERT G. DAVIS
Attorneys for Defendants
CITY OF MODESTO, GALEN CARROLL and JON EVERS

DATED:  August 14, 2020          MORRISON & FOERSTER LLP

By: _____/s/ Arturo J. Gonzalez_____
ARTURO J. GONZALEZ
Attorneys for Plaintiffs
BALJIT ATHWAL, NAVNEET ATHWAL, DALJIT ATWAL, and KARAN, INC., dba POP-N-CORK

**Attestation of Concurrence in the Filing**

The filer, Robert G. Davis, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

'

# ORDER

IT IS HEREBY ORDERED that, pursuant to the stipulation of the Stipulating Parties, which is recited above, and good cause in support thereof:

The deadline for Defendants City of Modesto, Chief Galen Carroll, and Detective Jon Evers's response to the First Amended Complaint shall be extended by two weeks to **September 1, 2020**.

**IT IS SO ORDERED.**

DATED:  August 17, 2020

Troy L. Nunley
United States District Judge