ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT SANTOS SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
CHEYENNE J. OVERALL (CA SBN 327242)
Coverall@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiff(s)
BALJIT ATHWAL, DALJIT ATWAL, WALTER W. WELLS
AND SCOTT MCFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL and DALJIT ATWAL,, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF STANISLAUS; CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL; PAUL EDWARD JONES, , <br><br> Defendant. <br><br> WALTER W. WELLS and SCOTT MCFARLANE, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, ET AL. | Case No.   1:15-cv-00311-TLN-BAM <br><br> Related to: <br> 1:18-cv-00496-TLN-BAM (DeFillipo) <br> 1:18-cv-1403-TLN-BAM (Quintanar) <br> 1:20-cv-00747-TLN-BAM (Carson) <br><br> Honorable Troy L. Nunley <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS FROM DEFENDANT COUNTY OF STANISLAUS** <br><br> Date: June 25, 2021 <br> Time: 9:00AM <br> Courtroom: 8 6th, Floor <br> Judge: Hon. Barbara A. McAuliffe <br><br> Case No. 1:20-cv-00770-TLN-BAM |

**TO DEFENDANT COUNTY OF STANISLAUS:**

**PLEASE TAKE NOTICE** that on Friday, June 25, 2021, at 9:00 AM or as soon thereafter as counsel may be heard, in Courtroom 8 of the above-captioned Court located at 2500 Tulare Street, Fresno, CA 93721, Plaintiffs Baljit Athwal, Daljit Athwal, Walter W. Wells, and Scott McFarlane ("Plaintiffs") will, pursuant to Rule 251 of the Local Rules of the Eastern District of California, bring on for hearing a motion to compel Defendant County of Stanislaus to produce responses to Plaintiff Baljit Athwal's Interrogatory Nos. 12 and 13 served on July 2, 2020 and documents in response to Plaintiff Baljit Athwal's Requests for Production of Documents Nos. 31-35, and 38 served on March 25, 2021.

The grounds for this Motion are that Defendant County of Stanislaus refuses to respond to the substance of Plaintiff Baljit Athwal's Interrogatories Nos. 12 and 13, which requested the identity of persons investigated as suspects or possible suspects in the death of Korey Kauffman and the facts that led Defendant County of Stanislaus to believe these persons were suspects or possible suspects. Additionally, Defendant County of Stanislaus represented that it would produce documents responsive to Plaintiff Baljit Athwal's Requests for Production Nos. 31, 32, and 38 by May 14, 2021 but has failed to do so. These three requests covered communications between the County and the California Highway Patrol (CHP), including emails between Defendant Kirk Bunch and CHP Lieutenant Kevin Domby, pertaining to CHP's investigation of Walter Wells or Scott McFarlane for alleged misconduct in connection with the death of Korey Kauffman, and documents showing Beverly Woody's visits with her son Robert Woody after his arrest in connection with the death of Korey Kauffman. The County also refuses to substantively respond to Plaintiff Baljit Athwal's Requests for Production Nos. 33-35, which requested rap sheets and emails pertaining to suspects and persons of interest in the disappearance or death of Korey Kauffman. Although rap sheets are routinely in the possession of law enforcement, the County refuses to produce them and has asked Plaintiffs to get them from the State of California.

Plaintiffs' Motion is based upon this Notice of Motion and Motion, and the Joint Statement re Discovery Disagreement, which the parties will submit to the Court seven days before the scheduled hearing date in accordance with Local Rule 251. Plaintiffs' Motion will

also be based upon the Court's records, including all pleadings and papers on file in this action with the Court, all matters of which the Court may take judicial notice, and such further evidence as may be presented at the time of the hearing.

While Plaintiffs will continue to meet and confer with Defendants before filing the joint statement or appearing at the scheduled hearing on this motion as required by Local Rule 251(b), the parties have thus far been unable to resolve the dispute raised in this motion.

Dated: June 4, 2021                     MORRISON & FOERSTER LLP

By:   */s/ Arturo J. González*
       ARTURO J. GONZÁLEZ

Attorneys for Plaintiff(s)
BALJIT ATHWAL, DALJIT ATWAL, WALTER W. WELLS AND SCOTT MCFARLANE

# CERTIFICATE OF SERVICE
(Federal Rule of Civil Procedure 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105; I am not a party to the within cause; I am over the age of eighteen.

I further declare that on the date hereof I served a copy of:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS FROM DEFENDANT COUNTY OF STANISLAUS**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS FROM DEFENDANT COUNTY OF STANISLAUS**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| John R. Whitefleet<br>*jwhitefleet@porterscott.com*<br>Porter Scott, APC<br>350 University Avenue, Suite 200<br>Sacramento, CA 95825<br><br>*Attorney for Stanislaus County, Stanislaus County Office of the DA, Kirk Bunch, Jon Evers, Dale Lingerfelt, Steven Jacobson, Birgit Fladager* | Electronic Service |
| Bradley J. Swingle<br>bswingle@arata-law.com<br>Amanda J. Heitlinger<br>aheitlinger@arata-law.com<br>Arata, Swingle, Van Egmond & Heitlinger<br>A Professional Law Corporation<br>1207 I Street<br>Modesto, California 95354<br><br>*Attorneys for City of Turlock, City of Ceres, & Officer Timothy Redd* | Electronic Service |

| | |
|---|---|
| Patrick Moriarty<br>pmoriarty@aghwlaw.com<br>Allen, Glaessner, Hazelwood & Werth 180<br>Montgomery Street, Suite 1200 San<br>Francisco, CA 94104<br><br>*Attorney for City of Modesto, Chief of Police Galen*<br>*Carroll, City of Modesto Detective Jon Evers* | Electronic Service |
| Timothy J. Stephens<br>tj@nussbaumapc.com<br>Nussbaum APC<br>27489 Agoura Rd, Suite 102<br>Agoura Hills, CA 91301<br><br>*Attorney for Paul Edward Jones* | Electronic Service |

☒ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

| | |
|---|---|
| John R. Whitefleet<br>Porter Scott, APC<br>350 University Ave., Suite 200<br>Sacramento, California 95825<br><br>*Attorney for Stanislaus County, Stanislaus County*<br>*Office of the DA, Kirk Bunch, Jon Evers, Dale Lingerfelt, Steven Jacobson, Birgit Fladager* | Overnight Mail |

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 4th day of June, 2021.

| | |
|---|---|
| Jason Rea | /s/ Jason Rea |
| (typed) | (signature) |