ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT SANTOS SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
CHEYENNE J. OVERALL (CA SBN 327242)
Coverall@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiff(s)
BALJIT ATHWAL, DALJIT ATWAL, WALTER W. WELLS
AND SCOTT MCFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL and DALJIT ATWAL,, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF STANISLAUS; CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL; PAUL EDWARD JONES, , <br><br> Defendant. <br><br> WALTER W. WELLS and SCOTT MCFARLANE, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, ET AL. | Case No.   1:15-cv-00311-TLN-BAM <br><br> Related to: <br> 1:18-cv-00496-TLN-BAM (DeFillipo) <br> 1:18-cv-1403-TLN-BAM (Quintanar) <br> 1:20-cv-00747-TLN-BAM (Carson) <br><br> Honorable Troy L. Nunley <br><br> **PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS FROM DEFENDANT COUNTY OF STANISLAUS** <br><br> Date: June 25, 2021 <br> Time: 9:00AM <br> Courtroom: 8, 6th Floor <br> Judge: Hon. Barbara A. McAuliffe <br><br> Case No. 1:20-cv-00770-TLN-BAM |

**TO DEFENDANT COUNTY OF STANISLAUS:**

**PLEASE TAKE NOTICE** that on Friday, June 25, 2021, at 9:00 AM or as soon thereafter as counsel may be heard, in Courtroom 8 of the above-captioned Court located at 2500 Tulare Street, Fresno, CA 93721, Plaintiffs Baljit Athwal, Daljit Athwal, Walter W. Wells, and Scott McFarlane ("Plaintiffs") will, pursuant to Rule 251 of the Local Rules of the Eastern District of California, bring on for hearing a motion to compel Defendant County of Stanislaus to produce responses to (1) Plaintiff Baljit Athwal's Interrogatory Nos. 12 and 13 served on July 2, 2020 and documents in response to Plaintiff Baljit Athwal's Requests for Production Nos. 31-35 and 38 served on February 2, 2021; and (2) Plaintiff Walter Wells (identical) First Set of Requests for Production of Documents Nos. 1-3, and 8 served on March 25, 2021.

This amended notice simply adds an identical set of document requests that were served by Plaintiff Walter Wells. Plaintiff Baljit Athwal's Requests for Production Nos. 31-35 and 38 and Walter Wells First Set of Requests for Production of Documents Nos. 1-3, and 8 are the same.

The grounds for this Motion are that Defendant County of Stanislaus refuses to respond to the substance of Plaintiff Baljit Athwal's Interrogatories Nos. 12 and 13, which requested the identity of persons investigated as suspects or possible suspects in the death of Korey Kauffman and the facts that led Defendant County of Stanislaus to believe these persons were suspects or possible suspects. Additionally, Defendant County of Stanislaus represented that it would produce documents responsive to Plaintiff Walter Wells First Set of Requests for Production, including supplemental responses to Nos. 1, 2, and 8, by May 14, 2021 but has failed to do so. These three requests covered communications between the County and the California Highway Patrol (CHP), including emails between Defendant Kirk Bunch and CHP Lieutenant Kevin Domby, pertaining to CHP's investigation of Walter Wells or Scott McFarlane for alleged misconduct in connection with the death of Korey Kauffman, and documents showing Beverly Woody's visits with her son Robert Woody after his arrest in connection with the death of Korey Kauffman. The County also refuses to substantively respond to Plaintiff Walter Wells' Requests for Production Nos. 3-5, which requested rap sheets and emails pertaining to suspects and

persons of interest in the disappearance or death of Korey Kauffman. Although rap sheets are routinely in the possession of law enforcement, the County refuses to produce them and has asked Plaintiffs to get them from the State of California.

Plaintiffs' Motion is based upon this Amended Notice, and the Joint Statement re Discovery Disagreement, which the parties will submit to the Court seven days before the scheduled hearing date in accordance with Local Rule 251. Plaintiffs' Motion will also be based upon the Court's records, including all pleadings and papers on file in this action with the Court, all matters of which the Court may take judicial notice, and such further evidence as may be presented at the time of the hearing.

While Plaintiffs will continue to meet and confer with Defendants before filing the joint statement or appearing at the scheduled hearing on this motion as required by Local Rule 251(b), the parties have thus far been unable to resolve the dispute raised in this motion.

Dated: June 16, 2021                        MORRISON & FOERSTER LLP

                                            By:   /s/ Meredith L. Angueira
                                                  MEREDITH L. ANGUEIRA

                                                  Attorneys for Plaintiff(s)
                                                  BALJIT ATHWAL, DALJIT ATWAL,
                                                  WALTER W. WELLS AND SCOTT
                                                  MCFARLANE