T.J. Stephens (SBN 206713)
**NUSSBAUM APC**
27489 Agoura Rd Ste 102
Agoura Hills, CA 91301-2419
Ph 818-660-1919; Fx 818-864-3241
tj@nussbaumapc.com

Attorneys for Defendant,
PAUL EDWARD JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL; NAVNEET ATHWAL; DALJIT ATWAL; and KARAN INC., d/b/a POP-N-CORK,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS; CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL; PAUL EDWARD JONES; DOE COUNTY OF STANISLAUS EMPLOYEES 1-10; DOE CITY OF TURLOCK EMPLOYEES 11-20; DOE CITY OF MODESTO EMPLOYEES 21-30; and DOE CITY OF CERES EMPLOYEES 31-40,<br><br>Defendants. | CASE NO.: 1:15-CV-00311-TLN-BAM<br>[Hon. Troy L. Nunley]<br><br>**STIPULATION RE DETERMINATION OF GOOD FAITH SETTLEMENT OF DEFENDANT PAUL EDWARD JONES WITH PLAINTIFF**<br><br>[Filed concurrently with Proposed Order] |

A settling party may seek a determination that a settlement was made in good faith under California Code of Civil Procedure section 877.6 in federal court. *Fed. Sav. & Loan Ins. Corp. v. Butler*, 904 F.2d 505, 511 (9th Cir. 1990) (holding that while the "section 877.6 procedures do not govern a federal action . . . the substantive provisions . . . are applicable"); *Jette v. Orange Cnty., Fin., Inc.,* No. 2:08-cv-01767 GEB KJM, 2010 WL 3341561, at *2 (E.D. Cal. Aug. 23, 2010); *Maxwell v. MortgageIT, Inc*., No. 1:08-CV-01329 OWW SKO, 2010 WL 2219190, at *1 (E.D. Cal. June 1, 2010) (stating that "federal courts may enter . . . determinations" under section 877.6); *Sunterra Corp. v. Perini Bldg. Co*., No. 2:04-cv-00784 MCE EFB, 2009 WL 2136108, at *1 (E.D. Cal. July 15, 2009) (stating that "[a] district court may properly consult the provisions of § 877.6 in determining whether an early settlement meets the requisite good faith scrutiny").

Section 877.6 provides:

(a)(1) Any party to an action in which it is alleged that two or more parties are joint tortfeasors . . . shall be entitled to a hearing on the issue of the good faith of a settlement entered into by the plaintiff or other claimant and one or more alleged tortfeasors . . ., upon giving notice . . . .
(2) In the alternative, a settling party may give notice of settlement to all parties and to the court, together with an application for determination of good faith settlement and a proposed order. . . .
(b) The issue of the good faith of a settlement may be determined by the court on the basis of affidavits served with the notice of hearing, and any counteraffidavits filed in response, or the court may, in its discretion, receive other evidence at the hearing.
(c) A determination by the court that the settlement was made in good faith shall bar any other joint tortfeasor . . . from any further claims against the settling tortfeasor . . . for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault.
(d) The party asserting the lack of good faith shall have the burden of proof on that issue.
Cal. Civ. Proc. Code § 877.6.

Here, this application is unopposed and, in fact, stipulated to by all of the parties in this litigation.

STIPULATION RE DETERMINATION OF GOOD FAITH SETTLEMENT OF
DEFENDANT PAUL EDWARD JONES WITH PLAINTIFF

This STIPULATION is entered into by and between Defendant PAUL EDWARD JONES (hereinafter collectively referred to as "JONES") and Plaintiffs BALJIT ATHWAL; NAVNEET ATHWAL; DALJIT ATWAL; and KARAN INC., d/b/a POP-N-CORK (hereinafter referred to as "PLAINTIFFS"); Defendants CITY OF MODESTO, CHIEF GALEN CARROLL and DETECTIVE JON EVERS; Defendants CITY OF CERES, CITY OF TURLOCK and TIMOTHY REDD; Defendants COUNTY OF STANISLAUS, KIRK BUNCH, DALE LINGERFELT, STEVE JACOBSON and BIRGIT FLADAGER; Plaintiffs FRANK CARSON, EDUARDO, QUINTANAR, JR., CHRISTINA DEFILIPPO and GEORGIA DEFILIPPO, by and through their respective counsel of record.

WHEREAS, JONES was the driver of the other vehicle that collided with police car driven by Timothy Redd;

WHEREAS, JONES is only implicated in the Twelfth Cause of Action for Negligence in the PLAINTIFFS' First Amended Complaint;

WHEREAS, JONES is a peripheral party to this matter;

WHEREAS, JONES has an insurance policy that only has $14,000.00 left on the policy limits;

WHEREAS JONES and PLAINTIFF have entered into a settlement for the remaining policy limits of $14,000.00;

WHEREAS, none of the parties have any express contractual indemnity rights against JONES applicable to the action of PLAINTIFF;

WHEREAS, the respective settlement of JONES with PLAINTIFF were the product of arms length negotiations conducted between attorneys of the settling parties and there was no collusion, fraud or tortious conduct aimed to injure the interests of any party;

WHEREAS, defendant JONES has already testified in deposition in this matter;

WHEREAS, defendant JONES has agreed that his attorney of record can accept service of a subpoena to appear at trial, if necessary;

NUSSBAUM APC
27489 Agoura Rd Ste 102
Agoura Hills, CA 91301

WHEREAS, all represented parties have agreed to stipulate that the settlement was made in good faith;

NOW THEREFORE, all parties to this matter agree and STIPULATE as follows:

1. The settlement reached and entered into between JONES and PLAINTIFF represents a Good Faith Settlement within the meaning of and pursuant to *California Code of Civil Procedure*, Section 877.6.

2. Any and all pending or potential claims, whether by cross-complaint or other action related to, or arising out of the action filed by PLAINTIFF against JONES, for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault, are barred pursuant to California Code of Civil Procedure, Section 877.6.

DATED: August 5, 2021            Respectfully submitted,
                                 NUSSBAUM APC

                                 _____
                                 T.J. Stephens
                                 Attorney for Defendant,
                                 PAUL EDWARD JONES

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: August 6, 2021     MORRISON & FOERSTER LLP

By: /s/ Arturo J. Gonzalez (authorized per email)
Arturo J. Gonzalez
Attorneys for Plaintiffs
BALJIT ATHWAL, NAVNEET ATHWAL,
DALJIT ATWAL, and KARAN INC., d/b/a
POP-N-CORK

DATED: August 5, 2021     NUSSBAUM APC

By: _____
T.J. Stephens
Attorneys for Defendant
PAUL EDWARD JONES

DATED: August ___, 2021    GWILLIAM IVARY CHIOSSO CAVALLI &
BREWER

By: _____
Jayme L. Walker
Attorneys for Plaintiffs
FRANK CARSON, EDUARDO QUINTANAR,
JR., CHRISTINA DEFILIPPO and GEORGIA
DEFILIPPO

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: August ___, 2021        MORRISON & FOERSTER LLP

By: _____
Cheyenne J. Overall
Attorneys for Plaintiffs
BALJIT ATHWAL, NAVNEET ATHWAL,
DALJIT ATWAL, and KARAN INC., d/b/a
POP-N-CORK

DATED: August ___, 2021        NUSSBAUM APC

By: _____
T.J. Stephens
Attorneys for Defendant
PAUL EDWARD JONES

DATED: August 9, 2021        GWILLIAM IVARY CHIOSSO CAVALLI & BREWER

By: *[signature: J. Gary Gwilliam]*_____
J. Gary Gwilliam
Attorneys for Plaintiffs
FRANK CARSON, EDUARDO QUINTANAR,
JR., CHRISTINA DEFILIPPO and GEORGIA
DEFILIPPO

| | | |
|---|---|---|
| 1 | DATED: August  9 , 2021 | ALLEN, GLAESNNER, HAZELWOOD & WERTH, LLP |

By: _____
Patrick D. Moriarty
Attorneys for Defendants
CITY OF MODESTO, CHIEF GALEN CARROLL and DETECTIVE JON EVERS

DATED: August ___, 2021        ARATA SWINGLE VAN EGMOND & HEITLINGER

By: _____
Bradley J. Swingle
Attorneys for Defendants
CITY OF CERES, CITY OF TURLOCK and TIMOTHY REDD

DATED: August ___, 2021        PORTER SCOTT, APC

By: _____
John R. Whitefleet
Attorneys for Defendants
COUNTY OF STANISLAUS, KIRK BUNCH, DALE LINGERFELT, STEVE JACOBSON and BIRGIT FLADAGER

NUSSBAUM APC
27489 Agoura Rd Ste 102
Agoura Hills, CA 91301

| | | |
|---|---|---|
| 1 | DATED: August ___, 2021 | ALLEN, GLAESNNER, HAZELWOOD & WERTH, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Patrick D. Moriarty<br>Attorneys for Defendants |
| 6 | | CITY OF MODESTO, CHIEF GALEN CARROLL and DETECTIVE JON EVERS |

DATED: August 5, 2021          ARATA SWINGLE VAN EGMOND & HEITLINGER

By: _____
Bradley J. Swingle
Attorneys for Defendants
CITY OF CERES, CITY OF TURLOCK and TIMOTHY REDD

DATED: August ___, 2021          PORTER SCOTT, APC

By: _____
John R. Whitefleet
Attorneys for Defendants
COUNTY OF STANISLAUS, KIRK BUNCH, DALE LINGERFELT, STEVE JACOBSON and BIRGIT FLADAGER

NUSSBAUM APC
28489 Agoura Rd Ste 102
Agoura Hills, CA 91301

DATED: August ___, 2021          ALLEN, GLAESNNER, HAZELWOOD & WERTH, LLP

By: _____
Patrick D. Moriarty
Attorneys for Defendants
CITY OF MODESTO, CHIEF GALEN CARROLL and DETECTIVE JON EVERS

DATED: August ___, 2021          ARATA SWINGLE VAN EGMOND & HEITLINGER

By: _____
Bradley J. Swingle
Attorneys for Defendants
CITY OF CERES, CITY OF TURLOCK and TIMOTHY REDD

DATED: September 13, 2021         PORTER SCOTT, APC

By: /s/ John R. Whitefleet (authorized per email.)
John R. Whitefleet
Attorneys for Defendants
COUNTY OF STANISLAUS, KIRK BUNCH, DALE LINGERFELT, STEVE JACOBSON and BIRGIT FLADAGER