T.J. Stephens (SBN 206713)
**NUSSBAUM APC**
27489 Agoura Rd Ste 102
Agoura Hills, CA 91301-2419
Ph 818-660-1919; Fx 818-864-3241
tj@nussbaumapc.com

Attorneys for Defendant,
PAUL EDWARD JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL; NAVNEET ATHWAL; DALJIT ATWAL; and KARAN INC., d/b/a POP-N-CORK,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS; CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL; PAUL EDWARD JONES; DOE COUNTY OF STANISLAUS EMPLOYEES 1-10; DOE CITY OF TURLOCK EMPLOYEES 11-20; DOE CITY OF MODESTO EMPLOYEES 21-30; and DOE CITY OF CERES EMPLOYEES 31-40,<br><br>Defendants. | CASE NO.: 1:15-CV-00311-TLN-BAM<br>[Hon. Troy L. Nunley]<br><br>**[PROPOSED] ORDER DEEMING DEFENDANT JONES' SETTLEMENT WITH PLAINTIFFS TO HAVE BEEN MADE IN GOOD FAITH SETTLEMENT PURSUANT TO CODE OF CIVIL PROCEDURE § 877.6**<br><br>[Filed concurrently with Stipulation re Good Faith Settlement] |

The Court, having reviewed and considered the Stipulation regarding Good Faith Settlements entered into by and between Defendant PAUL EDWARD JONES (hereinafter collectively referred to as "JONES") and Plaintiffs BALJIT ATHWAL; NAVNEET ATHWAL; DALJIT ATWAL; and KARAN INC., d/b/a POP-N-CORK (hereinafter referred to as "PLAINTIFFS"); Defendants CITY OF MODESTO, CHIEF GALEN CARROLL and DETECTIVE JON EVERS; Defendants CITY OF CERES, CITY OF TURLOCK and TIMOTHY REDD; Defendants COUNTY OF STANISLAUS, KIRK BUNCH, DALE LINGERFELT, STEVE JACOBSON and BIRGIT FLADAGER; Plaintiffs FRANK CARSON, EDUARDO, QUINTANAR, JR., CHRISTINA DEFILIPPO and GEORGIA DEFILIPPO, by and through their respective counsel of record, in the above-captioned case, finding good cause, hereby ORDERS as follows:

1. The settlement reached and entered into between JONES and PLAINTIFF represents a Good Faith Settlement within the meaning of and pursuant to *California Code of Civil Procedure*, Section 877.6.

2. Any and all pending or potential claims, whether by cross-complaint or other action related to, or arising out of action filed by PLAINTIFF against JONES for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault, is barred pursuant to *California Code of Civil Procedure*, Section 877.6.

**IT IS SO ORDERED.**

Dated: _____, 2021        _____

                               JUDGE OF THE DISTRICT COURT