ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT S. SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268-7522

Attorneys for Plaintiffs
BALJIT ATHWAL and DALJIT ATWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL and DALJIT ATWAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; and GALEN CARROLL,<br><br>Defendants. | Case No. 1:15-cv-00311-TLN-BAM<br><br>Honorable Troy L. Nunley<br><br>**JOINT STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS AGAINST COUNTY DEFENDANTS** |

Defendants COUNTY OF STANISLAUS; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; BIRGIT FLADAGER; KIRK BUNCH; DAVE LINGERFELT; and STEVE JACOBSON ("County Defendants") and Plaintiffs BALJIT ATHWAL, and DALJIT ATWAL ("Plaintiffs") through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS the County Defendants served Plaintiffs with a motion to dismiss on January 10, 2022;

2. WHEREAS Plaintiffs' counsel and the County Defendants' counsel have conferred in good faith to narrow their disputes;

3. Plaintiffs and the County Defendants stipulate and agree to dismissal of one of the County Defendants, and certain claims (or portions thereof) as follows:

4. Defendant Stanislaus County Office of the District Attorney is dismissed.

5. The "official capacity" claims against Defendant Birgit Fladager and Kirk Bunch are dismissed.

6. The reference to the Fourteenth Amendment in Plaintiffs' Second Cause of Action is stricken.

| | | |
|---|---|---|
| 1 | Dated: April 4, 2022 | ARTURO J. GONZÁLEZ |
| 2 | | JESSICA L. GRANT |
| | | MATTHEW A. CHIVVIS |
| 3 | | ROBERT S. SANDOVAL |
| | | MEREDITH L. ANGUEIRA |
| 4 | | MORRISON & FOERSTER LLP |

By: */s/ Arturo J. González*
 Arturo J. González

*Attorneys for Plaintiffs*
BALJIT ATHWAL, DALJIT ATWAL, WALTER W. WELLS and SCOTT McFARLANE

Dated: April 4, 2022                              PORTER SCOTT
                                                  A PROFESSIONAL CORPORATION

By: *\*/s/ John R. Whitefleet*
 John R. Whitefleet

*Attorneys for Defendants*
COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, BIRGIT FLADAGER, MARLISSA FERRIERA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, CORY BROWN, DALE LINGERFELT, FROLIAN MARISCAL, LLOYD MACKINNON, GREG JONES, KENNETH BARRINGER

\* *Parties have consented to use of their electronic signature.*

## ORDER

Pursuant to the stipulation of the parties:

1. Defendant Stanislaus County Office of the District Attorney is dismissed.
2. The "official capacity" claims against Defendants Birgit Fladager and Kirk Bunch are dismissed.
3. The reference to the Fourteenth Amendment in Plaintiffs' Second Cause of Action is stricken.

IT IS SO ORDERED.

Dated: April 5, 2022

Troy L. Nunley
United States District Judge