ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT S. SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268-7522

Attorneys for Plaintiffs
BALJIT ATHWAL and DALJIT ATWAL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL and DALJIT ATWAL, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS; CITY OF MODESTO; KIRK BUNCH; JON EVERS; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; and GALEN CARROLL, <br><br> Defendants. | Case No. 1:15-cv-00311-TLN-BAM <br><br> Honorable Troy L. Nunley <br><br> **JOINT STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS AGAINST MODESTO DEFENDANTS** |

Defendants CITY OF MODESTO, JON EVERS, AND GALEN CARROLL ("Modesto Defendants") and Plaintiffs BALJIT ATHWAL, and DALJIT ATWAL ("Plaintiffs") through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS the Modesto Defendants served Plaintiffs with a motion to dismiss on January 10, 2022;

2. WHEREAS Plaintiffs' counsel and the Modesto Defendants' counsel have conferred in good faith to narrow their disputes;

3. Plaintiffs and the Modesto Defendants stipulate and agree to dismissal of one of the Modesto Defendants, and certain claims (or portions thereof) as follows:

4. The "official capacity" claims against Defendant Galen Carroll are dismissed.

5. Plaintiffs' reference to the Fourteenth Amendment in the Second Cause of Action is stricken.

| | | |
|---|---|---|
| 1 | Dated: April 5, 2022 | ARTURO J. GONZÁLEZ |
| 2 | | JESSICA L. GRANT |
| | | MATTHEW A. CHIVVIS |
| 3 | | ROBERT S. SANDOVAL |
| | | MEREDITH L. ANGUEIRA |
| 4 | | MORRISON & FOERSTER LLP |

By:  */s/ Arturo J. González*
     ARTURO J. GONZÁLEZ

*Attorneys for Plaintiffs*
WALTER W. WELLS and SCOTT MCFARLANE

Dated: April 5, 2022

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By: *\*/s/ Patrick D. Moriarty*
    PATRICK D. MORIARTY
    DALE L. ALLEN, JR.
    JOHN B. ROBINSON

*Attorneys for Defendants*
CITY OF MODESTO, GALEN CARROLL, and JON EVERS

*\* Parties have consented to use of their electronic signature.*

## ORDER

Pursuant to the stipulation of the parties:

1. The "official capacity" claims against Galen Carroll are dismissed.
2. Plaintiffs' reference to the Fourteenth Amendment in the Second Cause of Action is stricken.

IT IS SO ORDERED.

Dated: April 6, 2022

Troy L. Nunley
United States District Judge