ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT S. SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

*Attorneys for Plaintiffs*
BALJIT ATHWAL, DALJIT ATWAL, WALTER W. WELLS
and SCOTT McFARLANE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL; DALJIT ATWAL, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS; CITY OF MODESTO; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL, <br><br> Defendants. <br><br><br> WALTER W. WELLS and SCOTT MCFARLANE, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, ET AL. <br><br> Defendants. | Case No. 1:15-cv-00311-TLN-BAM <br><br> Related to: <br> 1:18-cv-00496-TLN-BAM (DeFillipo) <br> 1:18-cv-1403-TLN-BAM (Quintanar) <br> 1:20-cv-00747-TLN-BAM (Carson) <br><br> Honorable Troy L. Nunley <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL COUNTY DEFENDANTS TO PRODUCE DAVID HARRIS AND MARLISA FERREIRA FOR DEPOSITION** <br><br> Date:      June 24, 2022 <br> Time:      9:00 AM <br> Courtroom: 8, 6th Floor <br> Judge:     Hon. Barbara A. McAuliffe <br><br> Case No. 1:20-cv-00770-AWI-JDP |

**TO DEFENDANT COUNTY OF STANISLAUS:**

**PLEASE TAKE NOTICE** that on Friday, June 24, 2022, at 9:00 AM or as soon thereafter as counsel may be heard, in Courtroom 8 of the above-captioned Court located at 2500 Tulare Street, Fresno, CA 93721, Plaintiffs Baljit Athwal, Daljit Atwal, Walter W. Wells, and Scott McFarlane ("Plaintiffs") will, pursuant to Rule 251 of the Local Rules of the Eastern District of California, bring on for hearing a motion to compel Defendant County of Stanislaus to produce David Harris and Marlisa Ferreira, key fact witnesses, for deposition.

Plaintiffs would like to take the depositions of (1) David Harris, an attorney with the Stanislaus County District Attorney's Office who played a key role in working with the Task Force that investigated the murder at issue; and (2) Marlisa Ferreira, the prosecuting attorney, who also spent significant time with the Task Force. The County claims that because they are prosecutors, these witnesses do not need to appear for deposition. For months, Plaintiffs have asked the County for legal authority in support of its position, and none has been provided. The County has not agreed to Judge Barbara A. McAuliffe's informal discovery dispute resolution mechanism. Thus, this motion was necessary.

Plaintiffs' Motion is based upon this Notice of Motion and Motion, and the Joint Statement re Discovery Disagreement, which the parties will submit to this Court at least seven days before the scheduled hearing date in accordance with Judge McAuliffe's Standing Order. Plaintiffs' Motion will also be based upon the Court's records, including all pleadings and papers on file in this action with the Court, all matters of which the Court may take judicial notice, and such further evidence as may be presented at the time of the hearing.

While Plaintiffs will continue to meet and confer with Defendants before filing the joint statement or appearing at the scheduled hearing on this motion as required by Local Rule 251(b), the parties have thus far been unable to resolve the dispute raised in this motion.

| | |
|---|---|
| Dated: May 31, 2022 | MORRISON & FOERSTER LLP |
| | By: */s/ Arturo J. González* <br>  Arturo J. González |
| | Attorneys for Plaintiffs <br> BALJIT ATHWAL, DALJIT ATWAL, <br> WALTER W. WELLS and SCOTT McFARLANE |