ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT S. SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiffs
BALJIT ATHWAL and DALJIT ATWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BALJIT ATHWAL and DALJIT ATWAL, | Case No. 1:15-cv-00311-TLN-BAM |
|---|---|
| Plaintiffs, | |
| v. | Honorable Troy L. Nunley |
| COUNTY OF STANISLAUS; CITY OF MODESTO; KIRK BUNCH; JON EVERS; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL, | **NOICE OF DISMISSAL OF DEFENDANT PAUL EDWARD JONES** |
| Defendants. | |

NOTICE OF DISMISSAL OF DEFENDANT PAUL EDWARD JONES
CASE NO. 1:15-CV-00311-TLN-BAM
SF-4941425

1. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs BALJIT ATHWAL, and DALJIT ATWAL ("Plaintiffs"), and Defendant PAUL EDWARD JONES ("Defendant"), (collectively hereafter "the Parties") hereby stipulate as follows:

WHEREAS Plaintiffs filed a first amended complaint on July 28, 2020 (ECF No. 86);

WHEREAS on October 12, 2021 the Court deemed the Parties' settlement to have been made in good faith pursuant to Code of Civil Procedure § 877.6 (ECF No. 165);

WHEREAS Plaintiffs filed a second amended complaint on November 18, 2021 (ECF No. 169);

WHEREAS Plaintiffs filed a third amended complaint on September 19, 2022 (ECF No. 212);

WHEREAS the Parties have executed a settlement agreement in this matter;

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the case be dismissed with prejudice as to Paul Edward Jones

| | |
|---|---|
| Dated: October 7, 2022 | ARTURO J. GONZÁLEZ<br>JESSICA L. GRANT<br>MATTHEW CHIVVIS<br>ROBERT S. SANDOVAL<br>MEREDITH L. ANGUEIRA<br>MORRISON & FOERSTER LLP<br><br>By: */s/ Arturo J. González*<br>       ARTURO J. GONZÁLEZ<br><br>Attorneys for Plaintiffs |
| Dated: October 7, 2022 | TIMOTHY JOHN STEPHENS<br>NAUSSBAUM APC<br><br>By: */s/ T.J. Stephens*<br>       T.J. Stephens<br><br>Attorney for Defendant – Paul Edward Jones |

**ATTESTATION**

I, Arturo J. González, am the ECF User whose ID and password are being used to file the foregoing document. I hereby attest that counsel has concurred in this filing.

                                              */s/ Arturo J. González*
                                              Arturo J. González