PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON
75 Southgate Avenue
Daly City, CA  94015
Telephone:      (415) 213-4098

Attorneys for Defendants
CITY OF MODESTO, JON EVERS, AND GALEN
CARROLL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL; DALJIT ATHWAL, <br><br>Plaintiff, <br><br>v. <br><br>COUNTY OF STANISLAUS, CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH, JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSEN, DALE LINGERFELT; BIRGIT FLADAGER; GALEN CARROLL; PAUL EDWARD JONES <br><br>Defendants. | Case No. 1:15-cv-00311-DJC-KJN <br><br>Consolidated Case Nos. 1:18-cv-0496, 1:18-cv-1403, 1:20-cv-0747 and 1:20-cv-0770 <br><br>**JOINT STIPULATION AND ORDER DISMISSING DEFENDANT GALEN CARROLL** <br><br>Hon. Daniel J. Calabretta |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs BALJIT ATHWAL, and DALJIT ATWAL ("Plaintiffs"), and Defendants CITY OF MODESTO, JON EVERS, AND GALEN CARROLL ("Modesto Defendants"), (collectively hereafter "the Parties") hereby stipulate as follows:

WHEREAS Plaintiffs filed their Third Amended Complaint on September 19, 2022 (ECF 212);

WHEREAS Plaintiffs' counsel and the Modesto Defendants' counsel have conferred in good faith to narrow their disputes;

WHEREAS Plaintiffs and the Modesto Defendants stipulate and agree to dismissal of one of the Modesto Defendants, as follows:

1) The claims against Defendant Galen Carroll are dismissed in their entirety with prejudice; Plaintiffs and Defendants each bearing their own costs and attorney's fees pursuant to FRCP 41(a)(1)(A)(ii), and waiving any and all claims they may have against each other and against any attorneys involved with this litigation. Plaintiffs and Defendants fully understand and expressly waive all rights and benefits which the Plaintiffs and Defendants now have, or in the future may have, under California Civil Code section 1542, even claims that they are not aware of.

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsels, that the case be dismissed with prejudice as to Defendant Galen Carroll.

Respectfully submitted,

Dated: April 17, 2024

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP

By: _/s/ Patrick Moriarty_
PATRICK MORIARTY
JOHN B. ROBINSON
Attorneys for Defendants
CITY OF MODESTO, JON EVERS, AND GALEN CARROLL

Dated: April 17, 2024

MORRISON & FOERSTER LLP

By: _/s/ Arturo J. Gonzalez_
ARTURO J. GONZÁLEZ
MATTHEW A. CHIVVIS
MEREDITH L. ANGUEIRA
Attorneys for Plaintiffs

**ORDER**

Pursuant to the stipulation of the parties:

    1. Galen Carroll is dismissed from the actions, with prejudice.

IT IS SO ORDERED.

Dated:  April 17, 2024                     /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE