PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
EDWARD VIEIRA-DUCEY, State Bar No. 251405
evieira-ducey@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON
75 Southgate Avenue
Daly City, CA  94015
Telephone:	(415) 213-4098

Attorneys for Defendants
CITY OF MODESTO and JON EVERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL; NAVNEET ATHWAL; DALJIT ATWAL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH, JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSEN, DALE LINGERFELT; BIRGIT FLADAGER; GALEN CARROLL; PAUL EDWARD JONES<br><br>Defendants. | Case No. 1:15-cv-00311-DJC-KJN<br><br>Consolidated Case Nos. 1:18-cv-0496, 1:18-cv-1403, 1:20-cv-0747 and 1:20-cv-0770<br><br>**JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY CUT OFF**<br><br>Hon. Daniel J. Calabretta |

Defendants CITY OF MODESTO and JON EVERS ("Modesto Defendants"), COUNTY OF STANISLAUS, KIRK BUNCH, DALE LINGERFELT, STEVEN JACOBSON, and BIRGIT FLADAGER ("County Defendants"), and Plaintiffs BALJIT ATHWAL and DALJIT ATWAL, WALTER W. WELLS and SCOTT MCFARLANE, GEORGIA DeFILIPPO, CHRISTINA DeFILIPPO, EDUARDO QUINTANAR, JR., THE ESTATE OF FRANK CARSON AND GEORGIA DeFILIPPO, AS AN INDIVIDUAL AND AS SUCCESSOR IN INTEREST TO FRANK CARSON ("PLAINTIFFS"), by and between their respective counsel of record, hereby

agree and stipulate as follows:

WHEREAS, these consolidated matters are currently scheduled for jury trial on April 14, 2025. (ECF No. 255).

WHEREAS, the Court's scheduling order (ECF No. 255) sets the expert discovery closure deadline of August 2, 2024.

WHEREAS, to date, the Parties have taken a majority of the expert depositions.

WHEREAS, the Parties, by and through their respective counsel, hereby stipulate to extend expert discovery for the purpose of taking the depositions of Plaintiff's experts, Scott DeFoe, Dr. Mark Fahlen, and Dr. Paul Berg.

WHEREAS, the Parties stipulate to extend the fact discovery deadline to September 6, 2024, solely for the purpose of conducting the deposition of Plaintiff's experts, Scott DeFoe, Dr. Mark Fahlen, and Dr. Paul Berg.

WHEREAS, the Parties agree that all other deadlines established by the Court shall remain unchanged.

WHEREAS, this Stipulation is made in good faith and for good cause shown.

Respectfully submitted,

Dated: August 1, 2024            CASTILLO, MORIARTY,
                                 TRAN & ROBINSON, LLP

By: _/s/ Patrick Moriarty_
    PATRICK MORIARTY
    JOHN B. ROBINSON
    Attorneys for Defendants
    CITY OF MODESTO and JON EVERS

| | | |
|---|---|---|
| 1 | Dated: August 5, 2024 | MORRISON & FOERSTER LLP |

*By*    */s/Arturo Gonzalez*
      *Arturo Gonzalez*
      *Attorneys for Plaintiffs*

Dated: August 5, 2024      GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

*By*    */s/Jayme Walker*
      *Jayme Walker*
      *Attorneys for Plaintiffs*

Dated: August 5, 2024      PORTER SCOTT
A PROFESSIONAL CORPORATION

*By*    */s/John Whitefleet*
      *John R. Whitefleet*
      *Attorneys for Defendants*
      *COUNTY OF STANISLAUS, et al.*

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

3

STIP TO EXTEND EXPERT
DISCOVERY CUT OFF
1:15-CV-00311-DJC-KJN

**ORDER**

Pursuant to the stipulation of the parties:

Upon consideration of the Stipulation to Extend Expert Discovery filed by the Parties, and good cause appearing therefrom, IT IS HEREBY ORDERED THAT:

1. The expert discovery deadline in the above-captioned matter is extended September 6, 2024, solely for the purpose of conducting the depositions of Plaintiff's experts, Scott DeFoe, Dr. Mark Fahlen, and Dr. Paul Berg.

2. All other deadlines established by the Court shall remain unchanged.

IT IS SO ORDERED.

Dated: August 5, 2024                                 /s/ Daniel J. Calabretta
                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE