J. Gary Gwilliam, Esq. (State Bar No. 33430)
Jayme L. Walker, Esq. (State Bar No. 273159)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile:  (510) 832-1918
Email: ggwilliam@giccb.com; jwalker@giccb.com

Attorneys for Plaintiffs
GEORGIA DEFILIPPO, CHRISTINA DEFILIPPO,
EDUARDO QUINTANAR, JR.,
ESTATE OF FRANK CARSON & GEORGIA DEFILIPPO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL, ET AL.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS; KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DOES 1-25, inclusive,<br><br>　　　　Defendants.<br><br>(AND ALL RELATED ACTIONS). | **Case No. 1:15-cv-00311-DJC-KJN**<br><br>**Consolidated with:**<br>Case No. 1:18-cv-00496-DJC-KJN<br>*(DeFilippo, et al. v. County of Stanislaus, et al.)*<br><br>Case No. 1:18-cv-01403-DJC-KJN<br>*(Quintanar v. County of Stanislaus, et al.)*<br><br>Case No. 1:20-CV-00747-DJC-KJN<br>*(Estate of Frank Carson, et al. v. County of Stanislaus, et al.)*<br><br>Case No. 1:20-cv-0770-DJC-KJN<br>*(Wells, et al. v. County of Stanislaus, et al.)*<br><br>**JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY CUT OFF** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　　Plaintiffs GEORGIA DeFILIPPO, CHRISTINA DeFILIPPO, EDUARDO QUINTANAR, JR., THE ESTATE OF FRANK CARSON AND GEORGIA DeFILIPPO, AS AN INDIVIDUAL AND AS SUCCESSOR IN INTEREST TO FRANK CARSON, BALJIT ATHWAL and DALJIT ATWAL,

WALTER W. WELLS and SCOTT MCFARLANE, ("PLAINTIFFS"), and Defendants CITY OF MODESTO and JON EVERS ("Modesto Defendants"), COUNTY OF STANISLAUS, KIRK BUNCH, DALE LINGERFELT, STEVEN JACOBSON, and BIRGIT FLADAGER ("County Defendants"), and, by and between their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, these consolidated matters are currently scheduled for jury trial on April 14, 2025. (ECF No. 255).

WHEREAS, the Court's scheduling order (ECF No. 255) sets the expert discovery closure deadline of August 2, 2024.

WHEREAS, to date, the Parties have taken a majority of the expert depositions.

WHEREAS, the Parties, by and through their respective counsel, hereby stipulate to extend expert discovery for the purpose of taking the deposition of Plaintiffs' expert, Dr. Paul Berg.

WHEREAS, the Parties stipulate to extend the fact discovery deadline to November 15, 2024, solely for the purpose of conducting the deposition of Plaintiffs experts, Dr. Paul Berg.

WHEREAS, the Parties agree that all other deadlines established by the Court shall remain unchanged.

WHEREAS, this Stipulation is made in good faith and for good cause shown.

Dated: October 14, 2024                     GWILLIAM IVARY CHIOSSO
                                            CAVALLI & BREWER

                                            ___/s/ Jayme Walker_____
                                            J. Gary Gwilliam
                                            Jayme L. Walker
                                            Attorneys for Plaintiffs
                                            GEORGIA DEFILIPPO, CHRISTINA DEFILIPPO,
                                            EDUARDO QUINTANAR, JR.,
                                            ESTATE OF FRANK CARSON & GEORGIA DEFILIPPO

////

///

///

Dated: October 14, 2024                    MORRISON & FOERSTER LLP


      */s/ Arturo Gonzalez*
Arturo Gonzalez
Attorneys for Plaintiffs
BALJIT ATHWAL AND DALJIT ATWAL
WALTER W. WELLS AND SCOTT MCFARLANE


Dated: October 15, 2024                    PORTER SCOTT
A PROFESSIONAL CORPORATION


      */s/ John R. Whitefleet*
John R. Whitefleet
Attorneys for Defendants
COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, ET AL.

**ORDER**

Pursuant to the stipulation of the parties:

Upon consideration of the Joint Stipulation to Extend Expert Discovery Cut Off filed by the Parties, and good cause appearing therefrom, IT IS HEREBY ORDERED THAT:

1. The expert discovery deadline in the above-captioned matter is extended November 15, 2024, solely for the purpose of conducting the deposition of Plaintiffs' expert, Dr. Paul Berg.
2. All other deadlines established by the Court shall remain unchanged.

IT IS SO ORDERED.

Dated:  October 16, 2024      /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE