ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

LYNDSEY H. CAIN (*pro hac vice*)
LCain@mofo.com
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone: 303.592.1500

Attorneys for Plaintiffs
BALJIT ATHWAL, DALJIT ATWAL,
WALTER W. WELLS, and SCOTT MCFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL and DALJIT ATWAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, *et al*.,<br><br>Defendants. | Consolidated Case No.<br>1:15-CV-00311-DJC-CSK<br><br>**NOTICE OF DISMISSAL OF THE CITY OF MODESTO AND JON EVERS**<br><br>Date: January 15, 2025<br>Time: 1:30 pm<br>Courtroom: 7<br>Judge: Hon. Daniel J. Calabretta |
| WALTER W. WELLS and SCOTT MCFARLANE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; *et al*.,<br><br>Defendants. | Action Filed: February 26, 2015<br>Trial Date: April 14, 2025 |

NOTICE OF DISMISSAL OF THE CITY OF MODESTO AND JON EVERS
Case No. 1:15-CV-00311-DJC-CSK

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs Baljit Athwal, Daljit Atwal, Walter Wells, and Scott McFarlane, hereby give notice that they are dismissing with prejudice from these proceedings the following two defendants: the City of Modesto and Jon Evers.

Dated: December 26, 2024

ARTURO J. GONZÁLEZ
MATTHEW CHIVVIS
MEREDITH L. ANGUEIRA
LYNDSEY CAIN
MORRISON & FOERSTER LLP


By:  /s/ *Arturo J Gonzalez*
      ARTURO J. GONZÁLEZ

Attorneys for Plaintiffs

NOTICE OF DISMISSAL OF THE CITY OF MODESTO AND JON EVERS
Case No. 1:15-CV-00311-DJC-CSK                                                                                              1