1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
2  MATTHEW A. CHIVVIS (CA SBN 251325)
   MChivvis@mofo.com
3  MEREDITH L. ANGUEIRA (CA SBN 333222)
   Mangueira@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000

6
   LYNDSEY H. CAIN (*pro hac vice*)
7  LCain@mofo.com
   MORRISON & FOERSTER LLP
8  4200 Republic Plaza
   370 Seventeenth Street
9  Denver, Colorado 80202-5638
   Telephone:  303.592.1500

10
11 Attorneys for Plaintiffs
   BALJIT ATHWAL, DALJIT ATWAL,
12 WALTER W. WELLS, and SCOTT MCFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL and DALJIT ATWAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, *et al.*,<br><br>Defendants. | Consolidated Case No.<br>1:15-CV-00311-DJC-CSK<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO REQUEST JUDICIAL NOTICE OF EXCERPTS OF FIVE PAGES FROM THE PRELIMINARY HEARING; [PROPOSED] ORDER** |
| WALTER W. WELLS and SCOTT MCFARLANE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; *et al.*,<br><br>Defendants. | Date:           January 15, 2025<br>Time:           1:30pm<br>Courtroom:   7<br>Judge:          Hon. Daniel J. Calabretta<br><br><br>Action Filed:   February 26, 2015<br>Trial Date:     April 14, 2025 |

Plaintiffs hereby submit this Request for Judicial Notice in support of their Opposition to the Defendants Motion for Summary Judgment (ECF No. 268).  Plaintiffs request that the Court take judicial notice of five short excerpts from the preliminary hearing testimony of Beverly Woody, mother of Robert Woody.  (True and correct copies of the excerpts are attached hereto as **Exhibit A**.)  pursuant to Fed. R. Evid. 201(b)(2) ("The court may judicially notice a fact that is not subject to reasonable dispute because it: . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."). A court may take judicial notice of "matters of public record." *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (quotation marks and citation omitted).  A court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (quotation marks and citation omitted).

  Mrs. Woody testified that Plaintiff Walter Wells was present at the time of the murder and that Wells told Robert Woody to go help. (Ex. A at 7803:14-20.)  She also testified that Plaintiff Frank Carson took the gun from the property at the time of the murder.  (*Id*. A at 7825:3-6.)  On cross-examination, Mrs. Woody admitted that she visited her son when he had court hearings, but claimed that "we didn't talk about the case," and only talked about "the grandbaby."  (*Id*. at 7850:15-19; 8283:24-28)

  During Ms. Woody's testimony, the prosecutor argued that her testimony was supported by the phone evidence, which "reveals . . . that Walter Wells is back at the store by 1:30 in the morning."  (*Id*. at 7817:4-8.)

  This Request is made to rebut the assertion in Defendant's reply brief that "the prior judges had the opportunity to weigh all the evidence, *including the evidence presently relied on by Plainiffs in the present matter.*" (ECF No. 271 at 1:21-23; emphasis added.)  In deposition, Mrs. Woody admitted that she was told by the prosecutor and two of the County of Stanislaus District Attorney's Office investigators to lie in court about Frank Carson and Walter W. Wells, and to coordinate her testimony with her son.  (*See* ECF No. 270-1 at 43-46, DF Nos. 205-220.). No such evidence was presented at the preliminary hearing.

| | | |
|---|---|---|
| 1 | Dated: January 13, 2025 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | *By:* */s/ Arturo J. González* |
| 4 | | ARTURO J. GONZÁLEZ |
| 5 | | Attorneys for Plaintiffs<br>BALJIT ATHWAL, DALJIT ATWAL, |
| 6 | | WALTER W. WELLS, and SCOTT MCFARLANE |
| 7 | | |
| 8 | Dated: January 13, 2025 | GWILLIAM, IVARY, CHIOSSO, CAVALLI, BREWER |
| 9 | | |
| 10 | | *By:* */s/ Jayme L. Walker* |
| 11 | | JAYME L. WALKER |
| 12 | | Attorneys for Plaintiffs |
| 13 | | GEORGIA DEFILIPPO, CHRISTINA DEFILIPPO, EDUARDO QUINTANAR, JR., |
| 14 | | THE ESTATE OF FRANK CARSON AND GEORGIA DEFILIPPO, AS AN |
| 15 | | INDIVIDUAL AS SUCCESSOR IN INTEREST TO FRANK CARSON |

2

PLAINTIFFS' MOTION FOR LEAVE TO REQUEST OF EXCERPTS OF FIVE PAGES FROM THE PRELIMINARY HEARING & [PROPOSED] ORDER

1 **[PROPOSED] ORDER**

2 **THE REQUEST FOR JUDICIAL NOTICE IS GRANTED.**

3

4 Dated: January _____, 2025

5 The Honorable Daniel J. Calabretta
United States District Court Judge

**ECF ATTESTATION**

In accordance with Civil Local Rule 131(e), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 8, 2025             By /s/ Arturo J. González
                                          ARTURO J. GONZÁLEZ