UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL, *et al.*, | Case No. 1:15-cv-00311-DJC-CSK |
| Plaintiff, | |
| v. | SETTLEMENT CONFERENCE ORDER |
| COUNTY OF STANISLAUS, *et al.*, | |
| Defendant. | |

      Magistrate Judge Jeremy D. Peterson will hold a settlement conference in courtroom 9, 13th floor, on April 1, 2025, at 10:00 a.m.  The court expects that the parties will proceed with the settlement conference in good faith and attempt to resolve all or part of the case.  If any party believes that the settlement conference will not be productive, that party shall so inform the court as far in advance of the settlement conference as possible.  Unless otherwise specifically authorized by the court in advance of the settlement conference, the following individuals must participate in the settlement conference: (1) all of the attorney(s) who will try the case; (2) the parties; and (3) individuals with full authority to negotiate and settle the case, on any terms.

      No later than March 13, 2025, each party must submit to Judge Peterson's chambers at jdporders@caed.uscourts.gov a written mediation statement and simultaneously transmit the mediation statement to all other parties.  These statements should not be filed on the docket.

Please see attached letter for guidance regarding the content of such statements.

Judge Peterson will hold a short, pre-settlement conference telephonic discussion on March 20, 2025, at 2:30 p.m. (dial-in number: 1-669-254-5252; meeting ID: 161 709 7211; passcode: 988428). Only the lead attorney from each side[1] should participate. At Judge Peterson's discretion, the joint telephonic discussion may be followed by private telephonic discussions between the judge and each party.

The parties are required to exchange settlement proposals prior to the settlement conference. Specifically, the undersigned orders plaintiff to convey a written settlement demand, accompanied by a brief explanation thereof, to defendant(s) prior to submitting the written mediation statement. Defendant(s) is ordered to convey a written offer to plaintiff, accompanied by a brief explanation thereof, prior to the pre-settlement conference telephonic discussion.

In accordance with the above, it is hereby ORDERED that:

1. A settlement conference is set before Magistrate Judge Peterson on April 1, 2025, at 10:00 a.m.

2. No later than March 13, 2025, each party must submit a mediation statement to Magistrate Judge Peterson and all other parties.

3. A pre-settlement conference telephone discussion is set before Magistrate Judge Peterson on March 20, 2025 at 2:30 p.m.

Dated: January 31, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The court expects that the attorneys participating in the telephone discussion will also participate in the settlement conference.