1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
2  MATTHEW A. CHIVVIS (CA SBN 251325)
   MChivvis@mofo.com
3  MEREDITH L. ANGUEIRA (CA SBN 333222)
   Mangueira@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6
   LYNDSEY H. CAIN (*pro hac vice*)
7  LCain@mofo.com
   MORRISON & FOERSTER LLP
8  4200 Republic Plaza
   370 Seventeenth Street
9  Denver, Colorado 80202-5638
   Telephone:  303.592.1500
10
11 Attorneys for Plaintiffs
   BALJIT ATHWAL, DALJIT ATWAL,
12 WALTER W. WELLS, and SCOTT MCFARLANE

13
14                    UNITED STATES DISTRICT COURT
15                    EASTERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17  BALJIT ATHWAL and DALJIT ATWAL, | Consolidated Case No. 1:15-CV-00311-DJC-CSK |
| 18                    Plaintiffs, | |
| 19           v. | **JOINT PRETRIAL STATEMENT** |
| 20  COUNTY OF STANISLAUS, *et al*., | Date:          February 13, 2025 Time:          1:30pm |
| 21                    Defendants. | Courtroom:  7 Judge:         Hon. Daniel J. Calabretta |
| 22  WALTER W. WELLS and SCOTT MCFARLANE, | |
| 23  | Action Filed:   February 26, 2015 |
| 24                    Plaintiffs, | Trial Date:      April 14, 2025 |
| 25           v. | |
| 26  COUNTY OF STANISLAUS; *et al*., | |
| 27                    Defendants. | |

28

1    Pursuant to this Court's Standing Order in Civil Cases and Local Rule 281, Plaintiffs and

2    Defendants submit the following Joint Pretrial Statement.

3    **I.    JOINT STATEMENT OF CASE**

4    This is a civil case.  There are 8 Plaintiffs in this case.  The Plaintiffs are the Estate of

5    Frank Carson, who died while this case was pending,   Walter Wells, Scott McFarlane, Baljit

6    Athwal, Daljit Atwal, Eduardo Quintanar, Christine DeFilippo, and Georgia DeFilippo. .

7    Plaintiffs Wells, McFarlane, and Quintanar are former officers with the California Highway

8    Patrol.  The late Frank Carson was a criminal defense attorney in Stanislaus County.  Georgia

9    DeFilippo is Mr. Carson's widow and Christine DeFilippo is Mr. Carson's step-daughter.  During

10   the time that is relevant to this case, the Atwal brothers had two convenience stores in Turlock,

11   named Pop 'n Cork.

12   The Defendants in this case are the County of Stanislaus and the following present or

13   former county employees:  Investigator Kirk Bunch, Investigator Cory Brown, Investigator Steve

14   Jacobson, former District Attorney Birgit Fladager, Chief District Attorney David Harris and

15   Chief Assistant District Attorney Marlissa Ferreira.

16   Each of the Plaintiffs was accused of being involved with the disappearance of an

17   individual named Korey Kauffman who disappeared in 2012.  His remains were found in the

18   Stanislaus County National Forest in August 2013.

19   On August 14, 2015, the Plaintiffs were arrested and charged with a variety of crimes in

20   connection with Mr. Kauffman's disappearance, including conspiracy, murder, and aiding and

21   abetting murder.  Each of them pled not guilty and denied involvement with Mr. Kauffman's

22   disappearance.  Three of the Defendants (the Atwal brothers and Mr. Carson) were tried for

23   murder.  On June 28, 2019, a Stanislaus County jury found them not guilty.  A judge dismissed

24   the charges against Georgia Defilippo, Christina Defilippo and Eduardo Quintanar, and the

25   murder charges against Walter Wells.  The rest of the charges against Mr. Wells and all the

26   charges against Scott McFarlane were dismissed by prosecutors after a jury found Mr. Carson and

27   the Athwal brothers not guilty.

28   In this case, the Plaintiffs claim that Defendants made materially false and misleading

1

statements in the warrants for their arrests, engaged in a wrongful and malicious prosecution, and violations of federal laws. Plaintiffs seek damages for bail and other legal costs in defending themselves, for lost income, and for emotional distress.

Defendants deny Plaintiffs' allegations and allege that there was probable cause to arrest and charge Plaintiffs for crimes in connection with Mr. Kauffman's disappearance. They contend that Plaintiffs should recover no damages.

## II.    JURISDICTION - VENUE

This Court has jurisdiction over the federal claims pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3) and (4). This Court has jurisdiction over the supplemental state claims pursuant to 28 U.S.C. § 1367.

Venue is proper in the Eastern District of California, under 28 U.S.C. § 1391(b), in that Defendants are located in this state and district, and a substantial part of the acts and/or omissions giving rise to Plaintiffs' claims occurred in this jurisdiction.

There is no dispute between the parties as to jurisdiction or venue.

## III.    JURY DEMAND

All parties have demanded a jury trial of all of the issues.

## IV.    UNDISPUTED FACTS

1.    The Plaintiffs are Baljit Athwal, Daljit Atwal, Walter Wells, Scott McFarlane, Eduardo Quintanar, Christine DeFilippo, Georgia DeFilippo, and the estate of Frank Carson.

2.    The Defendants are the County of Stanislaus, Kirk Bunch, Steve Jacobson, Birgit Fladager, David Harris, Marlissa Ferreira and Cory Brown.

3.    In early April 2012, Korey Kauffman was reported missing.

4.    On July 15, 2012, several search warrants were executed, including warrants at the homes of Daljit Atwal and Baljit Athwal.

5.    On July 15, 2012, after executing a search warrant, Daljit Atwal was transported for questioning.

6.    On July 15, 2012, cadaver dogs were used to search Frank Carson's property, where Korey Kauffman was allegedly killed.

2

7.     On August 19, 2013, the deceased body of Korey Kauffman was found in the Stanislaus County National Forest.

8.     On March 1, 2014, Robert Woody was arrested for the murder of Korey Kauffman.  On that same day, Kirk Bunch and Modesto City Detective Jon Evers questioned Robert Woody.

9.     On March 3, 2014, Kirk Bunch and Modesto City Detective Jon Evers questioned Robert Woody.

10.    On March 3, 2014, after executing search warrant, Daljit Atwal and Baljit Athwal were transported for questioning.

11.    On March 3, 2014, after executing a search warrant, law enforcement transported Baljit Athwal from his home for questioning without an arrest warrant.

12.    On August 13, 2015, Detective Cory Brown presented a Ramey arrest warrant affidavit to the Stanislaus County Superior Court for Frank Carson, Georgia DeFilippo, Christina DeFilippo, Bobby Athwal, Dee Atwal, Scott McFarlane, and Walter Wells.  The arrest warrants were issued that day.

13.    The August 13, 2015, Ramey arrest warrant affidavit sought and obtained an arrest warrant charging Plaintiffs with the following charges:

    a.   <u>Frank Carson</u>: Murder with Special Circumstances (lying in wait) and Obstruction of Justice; False Imprisonment; Solicitation to Commit a Crime

    b.   <u>Walter Wells</u>: Murder with Special Circumstances (lying in wait), Obstruction of Justice, and Accessory, False Imprisonment

    c.   <u>Baljit Athwal</u>: Murder with Special Circumstances (lying in wait) and Obstruction of Justice; False Imprisonment

    d.   <u>Daljit Atwal</u>: Murder with Special Circumstances (lying in wait) and Obstruction of Justice, False Imprisonment

    e.   <u>Scott McFarlane</u>: Conspiracy to Commit a Crime and Accessory

    f.   <u>Eduardo Quintanar</u>: Conspiracy to Commit a Crime and Accessory

    g.   <u>Georgia DeFilippo</u>: Murder with Special Circumstances (lying in wait),

3

Conspiracy to Commit a Crime; False Imprisonment

      h.  <u>Christine DeFilippo</u>: Conspiracy to Commit a Crime and Accessory

14.    On August 14, 2015, Baljit Athwal, Daljit Atwal, Scott McFarlane, Walter Wells, Scott McFarlane, Eduardo Quintanar, Christine DeFilippo, Georgia DeFilippo, and Frank Carson were arrested by law enforcement.

15.    Following their arrests, Frank Carson, Baljit Athwal, and Daljit Atwal were initially held without bail as set by the court.

16.    On August 14, 2015, Scott McFarlane and Eduardo Quintanar were released after posting $250,000 in bail as set by the court.  Christina Defilippo was also released after posting bail as set by the court.

17.    On August 25, 2015, bail for Walter Wells at set at $10 million as set by the court.

18.    Bail for Georgia Defilippo was also set for $10 million as set by the court.

19.    On April 10, 2017, the state court judge dismissed all charges against Georgia and Christina Defilippo.

20.    On April 10, 2017, the state court dismissed the charge of murder for Walter Wells

21.    On October 11, 2017, the state court dismissed the obstruction of justice charge against Scott McFarlane.

22.    On October 24, 2017, the state court judge dismissed all charges against Eduardo Quintanar.

23.    On June 28, 2019, a jury found Frank Carson, Baljit Athwal, and Daljit Atwal not guilty of all of the charges against them.

24.    On October 21, 2019, the District Attorney of the County of Stanislaus dropped all remaining charges against Walter Wells and Scott McFarlane.

25.    On May 18, 2015, Walter Wells was terminated from the California Highway Patrol.

26.    On November 5, 2015, Scott McFarlane was terminated from the California Highway Patrol.

27.    On May 10, 2019, an arbitrator ordered Eduardo Quintanar reinstated to the

4

California Highway Patrol.

28.    On August 12, 2020, Frank Carson died.

**V.    DISPUTED FACTUAL ISSUES**

**A. Joint Submission**

1.    Whether Defendants had probable cause to detain and arrest Baljit Athwal and Daljit Atwal on July 5, 2012 and March 3, 2014.

2.    Whether there were material fabrications, misrepresentations and/or omissions in the August 14, 2015, Ramey arrest warrant charging Plaintiffs.

3.    Defendants' role in deciding what charges to include in the August 14, 2015 Ramey arrest warrant.

4.    Whether Defendants' acts were motivated, at least in part, by animosity towards Frank Carson.

5.    Whether Defendants conspired to violate Plaintiffs' rights.

6.    Whether Defendants acted in accordance with proper police practices.

7.    The nature of extent of Plaintiffs' injuries and damages.

**B. Plaintiffs' Submission**

1.    Whether Defendant County of Stanislaus' policies or practices contributed to violations of Plaintiffs' rights.

**C. Defendants' Submission**

1.    Whether Defendant County of Stanislaus' policies or practices were the moving force behind any claimed violations of Plaintiffs' rights.

2.    Whether Plaintiff can establish a violation of the Fourth Amendment pursuant to 42 U.S.C. section 1983 as arising from the arrests.

3.    Whether Plaintiff can establish that that Officers violated the Fourth Amendment pursuant to 42 U.S.C. section 1983 for alleged malicious prosecution.

4.    Whether Plaintiff can establish the elements of a claim for violation of Civil Code section 52.1

5.    Whether Plaintiff can establish false arrest under state law.

5

6.      Whether Plaintiff can establish intentional infliction of emotional distress

7.      Whether Plaintiff acted in a matter that assumed the risk, consented to the conduct or contributed to his injuries under state law.

8.      Whether Plaintiff sustained any compensable injuries and/or damages arising out of the allegations asserted in the Complaint and, if so, in what amount.

9.      The extent of any claimed injuries and/or damages to Plaintiff.

10.      Whether Plaintiff can establish punitive damages.

**VI.     DISPUTED EVIDENTIARY ISSUES**

**A.  Plaintiffs' Anticipated Motions in Limine**

Plaintiffs anticipate that their pretrial motions in limine will include at least the following:

1.      To preclude any evidence concerning alleged domestic violence by any Plaintiff.

2.      To preclude any evidence that there was a bed at Pop N Cork.

3.      To preclude any evidence of alleged infidelity by any Plaintiff.

4.      To preclude evidence of Bobby Atwal's divorce (filed in 2003), or any allegations made in that divorce proceeding.

5.      To preclude evidence that the Athwal brothers used profanity, including allegations that they allegedly referred to law enforcement in a derogatory way.

6.      To preclude any evidence that Plaintiffs ever allegedly sold alcohol to minors.

7.      To preclude any evidence or argument that Plaintiffs acted unlawfully or improperly by providing free food or drink to law enforcement officers, including whether they had a permit to do so.

8.      To preclude any evidence or argument that Plaintiffs did not file necessary taxes to account for payments made to Robert Woody.

9.      To preclude reference of firearm ownership or usage by Plaintiffs other than what was included in the August 14, 2015 Ramey arrest warrant, including that one Plaintiff once fired a gun into the air on New Year's Eve.

10.      To preclude any evidence regarding whether Daljit Atwal had a permit to wear a gun on his ankle at the Pop N Cork, or whether it was legal to wear a gun without a permit.

6

1    11.    To preclude any evidence of medications or drugs (including steroids) taken by
2    Plaintiffs.

3    12.    To preclude any evidence that any Plaintiff failed a lie detector test, or any other
4    test by law enforcement.

5    13.    To preclude evidence of how much money Baljit Athwal or Daljit Atwal currently
6    earn, or how many stores they currently operate, as neither is seeking economic damages for lost
7    income.

8    14.    To preclude any evidence that Judge Zuniga found Robert Woody credible after
9    hearing a year and a half of evidence.

10    15.    To preclude any evidence of holding orders against Plaintiffs finding that there
11    was probable cause to support a charge against them.

12    16.    To preclude any evidence of Plaintiffs' invocation of the Fifth Amendment right
13    against self-incrimination or of their rights not to answer questions.

14    On multiple occasions, Plaintiffs asked Defendants to confer on these in limine motions
15    but received no response.  Defendants did not advise Plaintiffs of Defendants' in limine motions
16    until 2:25 p.m. on the day this filing was due.  Thus, we have not had an opportunity to confer on
17    those motions.  We will again encourage Defendants to confer, as it is not clear what specific
18    evidence Defendants are seeking to exclude.

19    **B. Defendants**

20    1.    To preclude/limit introduction of testimony from Plaintiffs' retained experts

21    2.    To preclude introduction of testimony or evidence of Plaintiff Frank Carson
22    unsubstantiated allegations against defendants

23    3.    To preclude/limit introduction of testimony of Beverly Woody (deceased)

24    4.    To preclude/limit introduction of employment records of Plaintiffs

25    5.    To exclude witnesses attendance at trial per FRE 615

26    6.    To preclude characterization of the length of the preliminary hearing or trial

27    7.    To preclude characterization of evidence as exculpatory save in closing

28    8.    To preclude limit argument of damages after the filing of criminal charges

7

9.      To preclude introduction of certain exhibits listed by Plaintiffs

VII.    SPECIAL FACTUAL INFORMATION

None at this time.

VIII.   POINTS OF LAW

   A.  Plaintiffs' Points of Law

Plaintiffs do not expect there to be disputed legal issues.

### 1.    Relief Sought by Plaintiffs

Plaintiffs seek monetary compensation for Defendants' violations of state and federal laws, including compensation for pain and suffering, lost wages, and legal expenses associated with the criminal trial.  Plaintiffs also seek punitive damages and injunctive relief.

### 2.    Claims

Plaintiffs Baljit Athwal and Daljit Atwal have claims against Defendants County of Stanislaus, Kirk Bunch, Steve Jacobson, and Birgit Fladager for:

1.  Violations of the Fourth Amendment, Unreasonable Seizure of Person, 42 U.S.C. § 1983;

2.  Violations of the Fourth Amendment, Malicious Prosecution

3.  Violation of the Fourteenth Amendment, Deliberate Fabrication, 42 U.S.C. § 1983;

4.  False Arrest and Imprisonment; and

5.  Negligence

Plaintiffs Walter Wells and Scott McFarlane also have claims against Defendants County of Stanislaus, Kirk Bunch, Steve Jacobson, and Cory Brown for:

1.  Malicious Prosecution, 42 U.S.C. § 1983;

2.  Violation of the Fourth Amendment, Unreasonable Seizure of Person, 42 U.S.C. § 1983;

3.  Violation of the Fourteenth Amendment, Deliberate Fabrication, 42 U.S.C. § 1983;

4.  False Arrest and Imprisonment;

5.  Negligent Inflection of Emotional Distress; and

6.  Intentional Inflection of Emotional Distress.

8

Plaintiff Walter Wells also has a claim against Defendants County of Stanislaus, Kirk Bunch, Steve Jacobson, and Birgit Fladager for the violation of the Eighth Amendment for excessive bail under 42 U.S.C. § 1983.

Plaintiff Estate of Frank Carson has claims as follows:

1.    Against Kirk Bunch and Corey Brown for Violations of the Fourth Amendment/Judicial Deception;

2.    Against Fladager, Harris, Ferreira, Bunch, Jacobson and Brown for 42 U.S.C. § 1983 for Fourth Amendment Violations/Malicious Prosecution

3.    Against Fladager, Harris, Ferreira, Bunch, Jacobson and Brown for 42 U.S.C. § 1983 for First Amendment Violations/Retaliatory Prosecution

4.    Against Fladager, Harris, Ferreira, Bunch Jacobson and Brown for 42 U.S.C. § 1983 for Fourteenth Amendment/Deliberate Fabrication

5.    Against the County of Stanislaus, Fladager, Harris, Ferreira, Bunch, Jacobson and Brown for Bane Act violations

6.    Against Bunch, Jacobson and Brown for False Arrest/False Imprisonment

Plaintiffs Eduardo Quintanar, Georgia Defilippo and Christina Defilippo have claims as follows:

1.    Against Fladager, Harris, Ferreira, Bunch Jacobson and Brown for Violation of the Fourth Amendment, Unreasonable Seizure of Person, 42 U.S.C. § 1983;

2.    Against Fladager, Harris, Ferreira, Bunch Jacobson and Brown for Violation of the Fourth Amendment, Malicious Prosecution, 42 U.S.C. § 1983;

3.    Against Fladager, Harris, Ferreira, Bunch Jacobson and Brown for 42 U.S.C. § 1983 for Fourteenth Amendment/Deliberate Fabrication

4.    The County of Stanislaus, Fladager and Harris for Monell Violations

5.    Against the County of Stanislaus, Fladager, Harris, Ferreira, Bunch, Jacobson and Brown for Bane Act violations

6.    Against the County of Stanislaus, Bunch, Jacobson and Brown for False Arrest and Imprisonment

9

1    7.    Against the County of Stanislaus, Bunch, Jacobson and Brown for Intentional

2    Infliction of Emotional Distress

3        **B. Defendants' Points of Law**

4        In addition to those issues raised on summary judgment, Defendants will submit the points

5    of law in a trial brief.

6        **IX.    ABANDONED ISSUES**

7        The Athwal Plaintiffs have offered a stipulation to dismiss Defendant Dale Lingerfelt.

8    Georgia Defilippo will stipulate to dismiss her claim for wrongful death.

9        **X.    WITNESSES**

10    1.    Walter Wells, contact through counsel at 425 Market St, San Francisco CA, 94105

11    2.    Baljit Athwal, contact through counsel at 425 Market St, San Francisco CA, 94105

12    3.    Daljit Atwal, contact through counsel at 425 Market St, San Francisco CA, 94105

13    4.    Scott McFarlane, contact through counsel at 425 Market St, San Francisco CA,

14    94105

15    5.    Christine DeFilippo, contact through counsel at 1999 Harrison Street, Suite 1600,

16    Oakland, CA 94612

17    6.    Georgia DeFilippo, contact through counsel at 1999 Harrison Street, Suite 1600,

18    Oakland, CA 94612

19    7.    Eduardo Quintanar, contact through counsel at 1999 Harrison Street, Suite 1600,

20    Oakland, CA 94612

21    8.    Heather Quintanar, contact through counsel at 1999 Harrison Street, Suite 1600,

22    Oakland, CA 94612

23    9.    Robert Aguero (expert), 1777 S. Burlington Boulevard #417, Burlington, WA

24    98233

25    10.    Phil Allman (expert), 7677 Oakport Street, Suite 610, Oakland, CA 94621

26    11.    Kenneth Barringer, contact through counsel at 2180 Harvard Street, Suite 500,

27    Sacramento, CA 95815

28    12.    Robert Beegle (expert), 3477 Foxmore Lane, Rescue, CA 95672

13.    Dr. Paul Berg (expert), P.O. Box 2026, Castro Valley, CA 94546

14.    Cory Brown, contact through counsel at 2180 Harvard Street, Suite 500, Sacramento, CA 95815

15.    Kirk Bunch, contact through counsel at 2180 Harvard Street, Suite 500, Sacramento, CA 95815

16.    Jim Cook, 187 West Colony Road, Ripon, CA 95366

17.    Scott DeFoe (expert), P.O. Box 4456, Huntington Beach, CA 92605

18.    Richard Dodge, contact through counsel at 2180 Harvard Street, Suite 500, Sacramento, CA 95815

19.    Kevin Domby, contact through counsel at 1300 I Street, Suite 1101, Sacramento, CA 95814

20.    Mark Fahlen (expert), 1400 Florida Avenue #109, Modesto, CA 95350

21.    Michael Farrell, contact through counsel at 1300 I Street, Suite 1101, Sacramento, CA 95814

22.    Marlissa Ferreira, contact through counsel at 2180 Harvard Street, Suite 500, Sacramento, CA 95815

23.    Birgit Fladager, contact through counsel at 2180 Harvard Street, Suite 500, Sacramento, CA 95815

24.    David Harris, contact through counsel at 2180 Harvard Street, Suite 500, Sacramento, CA 95815

25.    Steve Jacobson, contact through counsel at 2180 Harvard Street, Suite 500, Sacramento, CA 95815

26.    Paul Jones, contact through counsel at 27489 Agoura Road, Suite 102, Agoura Hills, CA 91301

27.    Richard Leo (expert), 15 Ashbury Terrace, San Francisco, CA 94117

28.    Dale Lingerfelt, contact through counsel at 2180 Harvard Street, Suite 500, Sacramento, CA 95815

29.    Doug Manor, 5412 Mayberry Court, Riverbank, CA 95367

11

30.    Froilan Mariscal, contact through counsel at 2180 Harvard Street, Suite 500, Sacramento, CA 95815

31.    Gary Martinez, contact through counsel at 2180 Harvard Street, Suite 500, Sacramento, CA 95815

32.    Preciliano Martinez, 520 13th Street, Modesto, CA 95354

33.    Matthew Murphy (expert), 2155 Campus Drive, Suite 140, El Segundo, CA 90245

34.    Frank Navarro, address unknown

35.    Derek Perry, 1000 Civic Center Drive, Tracy, CA, 95376

36.    Timothy Redd, contact through counsel at 1207 I Street, Modesto, CA, 95354

37.    Bradley Swanson, contact through counsel at 1300 I Street, Suite 1101, Sacramento, CA 95814

38.    Beverly Woody (by video deposition), 1130 East Avenue, Turlock, CA 95380

39.    Robert Woody, 1130 East Avenue, Turlock, CA 95380

40.    Jessica Crisp, contact through Plaintiffs' counsel at 425 Market St, San Francisco CA, 94105

41.    Natalie Emery, contact through Plaintiffs' counsel at 425 Market St, San Francisco CA, 94105

42.    Patrick Emery, contact through Plaintiffs' counsel at 425 Market St, San Francisco CA, 94105

43.    Michael Brodie, contact through counsel at 1300 I Street, Suite 1101, Sacramento, CA 95814.

44.    Jon Evers, contact through counsel at 180 Montgomery Street, Suite 1200, San Francisco, CA 94104

45.    Barbara Zuniga

46.    Michael Cooley

47.    David Shaw

48.    Praveen Singh

49.    Robert Woody Jr.

12

## XI.    EXHIBITS

### A.  Plaintiffs' Exhibits

Plaintiffs served their list of exhibits on February 4 and asked Defendants whether they wanted any of the exhibits to be joint exhibits.  Defendants never responded to that request.  Instead, at 2:25 p.m. on the date that this joint filing was due, Plaintiffs received the following categories of exhibits from Defendants.  These broad categories do not comply with this Court's Standing Order, which requires the parties to identify exhibits "with a reasonable amount of detail (e.g., date, Bates-stamp number, description, estimated page length) so that there is no confusion as to what exhibit is identified" (Judge Calabretta's Standing Order in Civil Cases Dated July 18, 2024, p. 7).  Defendants' listing of these broad categories has made it impossible for Plaintiffs to know what documents Defendants intend to use at trial, or to object to any such document.  Plaintiffs believe that Defendants have waived their right to admit any specific document at trial that has not been disclosed in this document.

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0001 | 2015-08-13 | Arrest Warrants and Affidavit in Support of Ramey Warrant Superior Court of California, County of Stanislaus | unnumbered | 334 |
| 0002 | undated | Missing Person Flyer of Korey Kauffman | unnumbered | 1 |
| 0003 | 2009-02-24 | Declaration of Frank Carson Re D.A. Investigator Kirk Bunch | unnumbered | 2 |
| 0004 | 2012-04-02 | Investigation Report of K. Bunch re: interview officer D. Shaw had with M. Cooley | 0900-0904 | 5 |
| 0005 | 2012-04-10 | Follow-up report of D. Gonzales re: K. Kauffman case | 0914-0918 | 5 |
| 0006 | 2012-04-23 | Supp. Report of K. Barringer re: interviews with M. Cooley, K. Pickett and L. Clardy and K. Kauffman's interactions with R. Gonzalez before his disappearance | 0905-0913 | 9 |
| 0007 | 2012-04-28 | Supp. Report of K. Bunch re: Interviews with M. Cooley and E. Keyes | 0919-0925 | 7 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0008 | 2012-05-02 | Supp. Report of K. Bunch re: contact with S. Romero | 0938-0941 | 4 |
| 0009 | 2012-05-09 | Supp. Report K. Bunch re: contact with S. Picket and S. Stubblefield | 0955-0958 | 4 |
| 0010 | 2012-05-09 | Supp. Report #1 by F. Navarro re: K.L. Pickett's account of K. Kauffman missing | 0950-0952 | 3 |
| 0011 | 2012-05-10 | Supp. Report #4 of F. Navarro re: Interview and search of R. Gonzales vehicle | 0967-0968 | 2 |
| 0012 | 2012-05-16 | Supp. Report by K. Bunch re: contact with L. Fisher | 0981-0984 | 4 |
| 0013 | 2012-05-16 | Supp. Report of K. Bunch re: contact with S. Singh | 0989-0993 | 5 |
| 0014 | 2012-05-18 | Supp. Report of F. Navarro re: contact with K. Pickett re: K. Kauffman disappearance | 1010-1019 | 10 |
| 0015 | 2012-05-22 | Supp. Report of F. Mariscal re: Interview of R. Gonzalez | 1032-1034 | 3 |
| 0016 | 2012-05-22 | Supp. Report #KLB-02 of K. Barringer re: suspicious circumstances west of Ceres main canal with statements from four juveniles | 11496-11500 | 5 |
| 0017 | 2012-05-23 | Supp. Report of J. Evers re: Interview of Dawn Poma (5/9/2012) | 1035-1040 | 6 |
| 0018 | 2012-05-23 | Supp. Report of F. Mariscal re: Interview of Manuel Gonzalez | 1045-1046 | 2 |
| 0019 | 2012-05-24 | Supp. Report of F. Mariscal re: Interview with Teofilo Ramos | 1053-1054 | 2 |
| 0020 | 2012-05-24 | Supp. Report of F. Mariscal re: Interview with Talisa Steele | 1056-1057 | 2 |
| 0021 | 2012-05-30 | Supp. Report #JE-13 of J. Evers re: Interview of Frank Fagunes and David Shirley | 1096-1098 | 3 |
| 0022 | 2012-05-31 | Supp. Report of K. Barringer re: Interview with Michael Beede | 11512-11514 | 3 |
| 0023 | 2012-06-03 | Email exchange between C. Brown and B. Fladager re: preparing investigation reports and considering "Bondy" Luis Garcia as a target | ATHWAL024908 | 1 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0024 | 2012-06-23 | Supp. Report #KLB10, of K. Barringer re: canvasing at 838 19th St., 912 9th St. and 914 9th St. residences | 11518-11521 | 4 |
| 0025 | 2012-06-23 | Wiretap No. 12-21 Addendum Order (and attachments) Target Phone #3 (D. Atwal) | 5025-5189 | 165 |
| 0026 | 2012-06-25 | Supp. Report #KLB12, report of K. Barringer re: Interview with B. Athwal | 11524-11525 | 2 |
| 0027 | 2012-06-25 | Interview notes from the various police interviews with R. Woody | unnumbered | 21 |
| 0028 | 2012-06-28 | Wiretap No. 12-21 Addendum -- Final Report Target Phone #3 (D. Atwal) | 5191-5193 | 3 |
| 0029 | 2012-07-02 | Supp. Report of K. Barringer re: Interview with D. Atwal | 11531-11532 | 1 |
| 0030 | 2012-07-10 | Supp. Report #22 of F. Navarro re: Interview of D. Atwal and R. Woody re: assault of Toby Onate Jr. | 1176-1183 | 8 |
| 0031 | 2012-07-11 | Transcript of Interview of B. Athwal by Det. F. Navarro and Inv. K. Bunch | unnumbered | 37 |
| 0032 | 2012-07-11 | Supp. Report of K. Bunch, detailing a contact with B. Atwal | 1184-1192 | 9 |
| 0033 | 2012-07-12 | Stanislaus County Sheriff's Department, Report by C. Brown re: Missing Person Report | 1197-1212 | 6 |
| 0034 | 2012-07-12 | Supp. Report #23 by F. Navarro, Interview with F. Carson re: K. Kauffman's disappearance | 1280-1282 | 3 |
| 0035 | 2012-07-14 | Search Warrant Attachment #2-1 (838 9th Street, Turlock, CA 95380, 914 9th Street, Turlock, CA 95380, 1190 East Avenue, Turlock, CA 95380 (Pop n Cork), 1130 East Avenue, Turlock, CA 95380, 12425 West Main Street, Turlock, CA 95380, 6908 Prelude Lane, Hughson, CA 95326, and vehicles) | 1220-1230 | 11 |
| 0036 | 2012-07-15 | Supp. Report #24 of Frank Navarro re: meeting with K. Bunch, F. Navarro, and B. Athwal where: B. Athwal provided a paper containing names related to thefts at F. Carson's property and stolen books alert | 1193-1196 | 4 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0037 | 2012-07-15 | Supp. Report of K. Barringer re: search warrant served at 4 locations | 11535-11539 | 5 |
| 0038 | 2012-07-15 | Handwritten Notes, LMG Reagent Check, Biology TP Section 3.1 | unnumbered | 3 |
| 0039 | 2012-07-15 | Supp. Report of J. Evers re: search warrant execution of R. Woody's residence by J. Evers and C. Brown | 1334-1337 | 5 |
| 0040 | 2012-07-15 | Supp. Report #25 of F. Navarro re: search of D. Atwal's residence and his transportation to the Sheriff's Office, where he was interviewed by J. Evers and F. Navarro | 1338-1342 | 5 |
| 0041 | 2012-07-17 | Transcript of R. Woody interview by Sgt. M. Nuno | 27355-27366 | 13 |
| 0042 | 2012-07-17 | Transcript of R. Woody interview by C. Brown | 27367-27395 | 29 |
| 0043 | 2012-07-17 | Transcript of Interview of M. Cooley by J. Evers and F. Navarro | 15436-15443 | 8 |
| 0044 | 2012-07-17 | Follow up Report of Sgt. Marc Nuno re: Voice Stress Analyzer examination | 16459-16459 | 1 |
| 0045 | 2012-07-17 | Investigation Report of R. Dodge re: the service of a search warrant on D. Atwal residence. | 1343-1349 | 7 |
| 0046 | 2012-07-17 | Report re: Voice Stress Analyzer examination by M. Nuno | 16455-16459 | 6 |
| 0047 | 2012-07-18 | CA Dept. of Justice, Investigation Report, titled "Kauffman, Korey", Investigation requested by Saag Michael Farrell re: 7/15/2012 assistance with service of search warrant at Pop n Cork | 1251-1264 | 14 |
| 0048 | 2012-07-23 | Wiretap No. 12-21 -- 10-Day Report Target Phone #1 (Frank Carson) | 5017-5024 | 8 |
| 0049 | 2012-07-25 | Field Notes, Summary of Field Activities by B.T. Swanson | unnumbered | 1 |
| 0050 | 2012-08-06 | Supp. Report of K. Bunch re: interview with D. Wintersmith | 1423-1427 | 5 |
| 0051 | 2012-08-07 | Supp. Report #29 by F. Navarro re: information that K. Kauffman's body was possibly buried in T. Carlos's backyard | 1433-1438 | 6 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0052 | 2012-08-11 | Supp. Report K. Bunch re: a contact with Michael Cooley and Eula Keyes and with Linda Burns; Supp. Report #30, Report of F. Navarro re: reports of body being buried in Tina Carlos' backyard and questioning of Toby Onate with Examination Report Details of Carlos' and Onate's phones | 1463-1520 | 7 |
| 0053 | 2012-08-22 | Search Warrant of (209)552-6998 for 4/26/2012 to 4/27/2012 | 12057-12059 | 3 |
| 0054 | 2012-08-22 | Affidavit in Support of Search Warrant | 12060-12062 | 3 |
| 0055 | 2012-08-22 | Letter to California State Automobile Association Insurance Re: Your Claim No. 03LB87294, Insured: Baljit Athwal | 12054 | 1 |
| 0056 | 2012-08-30 | County of Stanislaus, Addendum to Search Warrant in connection with arson and insurance fraud | 12068-12073 | 11 |
| 0057 | 2012-09-18 | 2nd Supp. Return to Search Warrant Addendum (9/19/2012); County of Stanislaus, Addendum to Search Warrant (8/30/2012) | 12083-12090 | 8 |
| 0058 | 2013-02-14 | Supp. Report of K. Bunch re: arrest of Michael Cooley and contact with Eula Keyes (attached: Booking document of M. Cooley, Pre-Booking/Probable Cause Decl., Incident Report, Evidence form, Controlled Substances form, and Supp. Report of K. Bunch re: interview with Wendy Correll) | 1555-1570 | 16 |
| 0059 | 2013-09-06 | Supp. Report of D. Perry re: placement of surveillance equipment at location of Kauffman's remains | unnumbered | 3 |
| 0060 | 2013-09-13 | Supp. Report #34 by Frank Navarro, Interview of J. Karan and D. Singh by K. Bunch and F. Navarro | 1680-1683 | 4 |
| 0061 | 2013-10-15 | Modesto Bee news article "Detectives seeks clues after remains of missing Turlock man are found in Stanislaus Forest" | unnumbered | 2 |
| 0062 | 2013-10-19 | Supp. Report #43 by F. Navarro, Interview with Keith Scott Hobbs, CA DMV image records | 1737-1743 | 7 |

17

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0063 | 2013-12-19 | Stanislaus County Sheriff's Dept. Report of K. Picket, with booking information of A. Williams, K. Holt, J. Watson, B. Brown, H. Salen, D. Whiteley, T. Carlos, and K. Kauffman | 2159-2176 | 18 |
| 0064 | 2014-01-03 | Investigation Report of D. Lingerfelt, Lingerfelt details his role in K. Kauffman case from August 2013 to January 2014 | 0397-0406 | 10 |
| 0065 | 2014-01-07 | Investigation Report of Timothy Redd, Interview with Tara Bates (1/7/2014) | 2223-2226 | 4 |
| 0066 | 2014-01-08 | Transcript of Interview with Branden Starr by K. Bunch & J. Evers | p.1-p.109 | 109 |
| 0067 | 2014-01-24 | Investigation Report of T. Redd, detailing meeting with confidential informant and their subsequent interaction with M. Cooley | 2240-2245 | 6 |
| 0068 | 2014-01-28 | Supp. Report of J. Evers, Interview of Jason Armstrong | 31764-31772 | 9 |
| 0069 | 2014-01-29 | Supp. Report of J. Evers re: 2/4/2014 interview of Bobby Tickner | 31773-31778 | 6 |
| 0070 | 2014-02-06 | Transcript of Interview of Michael Cooley by T. Redd, D. Lingerfelt and Brodie | 47017-47038 | 22 |
| 0071 | 2014-02-07 | M. Brodie Polygraph Report re: Interview with Michael Cooley | 11561-11563 | 3 |
| 0072 | 2014-02-12 | M. Brodie Polygraph Report re: Interview with David McMillian (redacted) | 11555-11557 | 3 |
| 0073 | 2014-02-12 | M. Brodie Polygraph Report re: Interview with David McMillian | 11555-11557 | 3 |
| 0074 | 2014-02-18 | Transcript of Interview with CI #14-3, D. Lingerfelt - J. Evers (Transporting to DA's Office) | 14548-14663 | 116 |
| 0075 | 2014-02-18 | Transcript of interview of CI #14-3 and R. Woody, Body Wire: - #2, S12-10194, Draft | 25478-25503 | 26 |
| 0076 | 2014-02-26 | Transcript from SA Brodie and D. Lingerfelt's interview with Miranda (Sunny) Dykes | unnumbered | 4 |
| 0077 | 2014-02-26 | Transcript of recording of CI 14-3, Search Warrant at R. Woody's House | 14752-14756 | 5 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0078 | 2014-02-27 | County of Stanislaus - Declaration and Request for Order Sealing Search Warrant Documents | 8575-8603 | 29 |
| 0079 | 2014-03-01 | Supp. Report of J. Evers, Interview of Robert Woody after fleeing on 2/26/14 | 0305-0336 | 32 |
| 0080 | 2014-03-01 | Transcript of Robert Woody interview by S. Jacobson, K. Bunch and J. Evers (including audio file) | unnumbered | 298 |
| 0081 | 2014-03-01 | Transcript of Robert Woody interview by S. Jacobson, K. Bunch and J. Evers (including video file) | 25881-25937 | 57 |
| 0082 | 2014-03-01 | Transcript of Robert Woody interview by K. Bunch. (including video file) | 26103-26179 | 77 |
| 0083 | 2014-03-01 | Transcript of Robert Woody interview by S. Jacobson (and three unnamed individuals) (including video file) | 25938-26038 | 101 |
| 0084 | 2014-03-01 | Transcript of Robert Woody interview by K. Bunch, J. Evers, and M. Brodie (including video file) | 26180-26245 | 66 |
| 0085 | 2014-03-03 | Supp. Report of J. Evers re: Interview with R. Woody after arrest on 3/2/2014 on a No Bail Ramey Arrest Warrant | 2423-2425 | 3 |
| 0086 | 2014-03-03 | Interview of Bobby Tickner by J. Evers and K. Bunch | 32016-32019 | 4 |
| 0087 | 2014-03-03 | Transcript of Robert Woody interview by K. Bunch and J. Evers (including audio file) | CTRL01075300 | 28 |
| 0088 | 2014-03-03 | Investigation Report of R. Dodge re: service of search warrant at D. Atwal's residence (including photo taken during the execution of the search) | 2377-2407 | 31 |
| 0089 | 2014-03-03 | Supp. Report of J. Evers re: execution of search warrants of D. Atwal's residence by K. Bunch and J. Evers | 2408-2419 | 12 |
| 0090 | 2014-03-03 | Investigation Report of T. Redd, detailing obtaining subsequent service of search warrants for D. Atwal and B. Athwal, with Attachments (Traffic Collison Report in CERES) | 2426-2444 | 19 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0091 | 2014-03-04 | Supp. Report of R. Dodge, detailing execution of search warrant around 2221 Hidden Oak Dr. Ceres, CA, Search I.D. List, Property Report/Receipt | 2446-2448 | 3 |
| 0092 | 2014-03-05 | Investigation Report of G. Martinez, 3/3/2014 Serah Warrant detailing on 3682 WILD OAK DRIVE, CERES | 2452-2472 | 21 |
| 0093 | 2014-03-06 | Transcript of Robert Woody Jr. interview by K. Bunch (including video file) | 25566-25604 | 39 |
| 0094 | 2014-03-06 | M. Brodie Arrest Report of Robert Woody | 30141-30145 | 5 |
| 0095 | 2014-03-06 | Supp. Report of F. Mariscal, detailing execution of arrest warrant of Pop n Cork on 3/3/2014 | 2482-2490 | 9 |
| 0096 | 2014-03-07 | Transcript of S. McFarlane interview by K. Bunch and J. Evers | 26882-26938 | 3 |
| 0097 | 2014-03-10 | Michael Brodie Report re: – Search warrant & Homicide report regarding subject, Dominic Saldana | 30146-30155 | 10 |
| 0098 | 2014-03-10 | Investigation Report of R. Dodge, details re: 4/27/2014 stolen vehicle of B. Athwal, Vehicle Report, Search Warrant, Supp. Return to Search Warrant, 4/27/2012 Vehicle Claim | 2537-2581 | 45 |
| 0099 | 2014-03-13 | Traffic Collison Report by P. Jones re: collision occurring during Baljit Athwal transport | Paul Jones 2-Paul Jones 8 | 7 |
| 0100 | 2014-03-13 | Investigation Report of G. Martinez, detailing 2/26/2014 Search Warrant on 1130 EAST AVENUE, TURLOCK | 32398-32402 | 5 |
| 0101 | 2014-03-13 | County of Stanislaus, Declaration and Request for Order Sealing Warrant Documents and copy of arrest warrant of D. Atwal | 8670-8681 | 12 |
| 0102 | 2014-03-14 | Physical Evidence Examination Report, re: firearm evidence examined by James Hamiel | 2588-2589 | 2 |
| 0103 | 2014-03-14 | Transcript of R. Woody interview by S. Jacobson | 30408-30422 | 2 |

20

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0104 | 2014-04-08 | Investigation Report of D. Lingerfelt re interview of Miranda "Sunny" Dykes – girlfriend of R. Woody | 0366-0376 | 11 |
| 0105 | 2014-04-21 | Investigation Report of Dale Lingerfelt re: interview with confidential inmate CI#14-1 and M. Cooley's involvement with Kauffman's homicide | 2859-2867 | 9 |
| 0106 | 2014-04-24 | Transcript of R. Woody polygraph examination with CDC Agent Jefferson (including audio file) | unnumbered | 62 |
| 0107 | 2014-05-13 | Supp. Report of Det. J. Evers re: interview of K. Bunch and J. Evers with E. Regua | 40344-40351 | 8 |
| 0108 | 2014-05-13 | Investigation Report by D. Lingerfelt (Redacted), Interview with CI #14-1 and Parole Agent Mike Brodie | 2288-2299 | 12 |
| 0109 | 2014-06-03 | Modesto Bee new article titled "Election 2014: Fladager well on way to winning contentious district attorney's race" | unnumbered | 5 |
| 0110 | 2014-06-06 | Email from R. Ghimenti to J. Evers et al., re Decision to prosecute | ATHWAL02758 | 59 |
| 0111 | 2014-06-10 | Email from L. Mackinnon to S. Jacobson re Woody jail call | ATHWAL03996 | 1 |
| 0112 | 2014-06-13 | Jim Cook Invoice | 27135-27136 | 2 |
| 0113 | 2014-08-12 | Investigation Report of D. Lingerfelt re: Interview with Miranda, "Sunny", Dykes | 3163-3175 | 13 |
| 0114 | 2014-08-15 | Interview of Robert Woody (Parts 1 & 2) by S. Jacobson and K. Domby (including audio file) | unnumbered | 355 |
| 0115 | 2015-01-06 | Supp. Report of K. Bunch re: Wells and Quintanar possibility of being involved in the disappearance of K. Kauffman | ATHWAL05101-ATHWAL05120 | 20 |
| 0116 | 2015-01-21 | California Highway Patrol Administrative Investigation 1-15-011-A, Chronological Summary (Dec 23,2014-May 21, 2015) W. Wells | CHP-WELLS 000063 - CHP-WELLS 000067 | 5 |
| 0117 | 2015-01-28 | Email from K. Bunch to K. Domby re: Update | CHP-WELLS 001104 - CHP-WELLS 001106 | 3 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0118 | 2015-02-06 | California Highway Patrol Administrative Investigation, Chronological Summary (Dec 23, 2014 - Oct 1, 2015), E. Quintanar | p.55-p.60 | 6 |
| 0119 | 2015-02-06 | Supp. Report of K. Bunch re: people of interest and R. Woody being in custody | 3584-3626 | 43 |
| 0120 | 2015-02-10 | Email between K. Bunch and K. Domby re: sharing information from W. Well investigation | CHP-WELLS 001077 - CHP-WELLS 001085 | 9 |
| 0121 | 2015-02-12 | Email from K. Domby to K. Bunch re: Document 2 | CHP-WELLS 00001260 | 1 |
| 0122 | 2015-02-17 | Email from K. Bunch to K. Domby re: W. Wells | CHP-WELLS 001109 | 1 |
| 0123 | 2015-02-17 | Email between K. Bunch and K. Domby re sharing report from Wells interview for use in the S. McFarlane interview | CHP-WELLS 001057 | 1 |
| 0124 | 2015-02-20 | Email from Domby to K. Bunch re: Officer W. Wells | CHP-WELLS 001174 | 1 |
| 0125 | 2015-02-23 | Email between K. Bunch and K. Domby re "Toll" Letter | CHP-WELLS 001240 | 1 |
| 0126 | 2015-03-04 | Email from J. Cook to K. Bunch and C. Cook re PowerPoint Slides | unnumbered | 138 |
| 0127 | 2015-03-10 | Email from S. Jacobson to B. Fladager et al., re Daily Report | ATHWAL00019 | 1 |
| 0128 | 2015-03-13 | Email from J. Evers to C. McKnight re: Kauffman case | ATHWAL11368 | 1 |
| 0129 | 2015-03-14 | Supp. Report of J. Evers, Interview with S. Rollins | 3817-3822 | 6 |
| 0130 | 2015-03-14 | Transcript of Scott Rollins interview by K. Bunch and J. Evers | 42916-42963 | 8 |
| 0131 | 2015-03-20 | Transcript of conversation between W. Wells and S. McFarlane (including audio file) | 23896-23911 | 16 |
| 0132 | 2015-03-21 | Email between K. Bunch and K. Domby re sharing information from W. Well investigation | CHP-WELLS 001092 - CHP-WELLS 001097 | 5 |
| 0133 | 2015-03-24 | Transcript of Eduardo Quintanar interview by J. Evers and K. Bunch | CTRL01075985 | 4 |
| 0134 | 2015-05-02 | Email from C. McKnight to J. Evers, K. Bunch and B. Soria re: Kauffman case | ATHWAL12916 | 1 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0135 | 2015-05-12 | Email from J. Evers sent to, among others, K. Bunch, C. Brown, M. Ferreira, D. Lingerfelt, and S. Jacobson re:  FC Investigation Update | ATHWAL02729 | 1 |
| 0136 | 2015-05-12 | Transcript of CHP Recorded Telephonic Interview of Jessica Crisp, interview by K. Domby | 29868-29898 | 31 |
| 0137 | 2015-05-13 | Article entitled, "Stanislaus DA's investigator faces contempt of court charge", by Rosalio Ahumada | unnumbered | 4 |
| 0138 | 2015-05-13 | Transcript of Interview of Jessia Crisp at CHP, by Inv. K. Bunch - Det. J. Evers | 29295-29499 | 206 |
| 0139 | 2015-05-19 | Email from C. Brown to J. Cook et al. Re: Kauffman, to schedule all hands-on meeting | unnumbered | 1 |
| 0140 | 2015-05-19 | J. Evers email to C. Brown, K. Bunch, B. Fladager, and M. Ferreira re: Kauffman | ATHWAL04803-ATHWAL04804 | 2 |
| 0141 | 2015-05-28 | Email from J. Cook to C. Brown and K. Bunch re: Overlay of Call Activity 3-30-12 thru 3-31-2012 | unnumbered | 4 |
| 0142 | 2015-05-28 | Email from J. Cook to C. Brown and K. Bunch re: Kauffman-Wells | unnumbered | 2 |
| 0143 | 2015-05-29 | Supp. Report of K. Bunch re Sgts. Jacobson and Hagen interview with Barringer regarding S. McFarlane, attached transcript | 4212-4243 | 32 |
| 0144 | 2015-05-29 | Email from J. Cook to C. Brown and K. Bunch re phone activity on 6-26-12, with attached Narrative Map | unnumbered | 4 |
| 0145 | 2015-06-17 | Email from K. Domby to K. Bunch re review of affidavit | CHP-WELLS 00001408 | 1 |
| 0146 | 2015-07-30 | Email from C. McKnight to J. Evers, K. Bunch, and B. Soria re: Kauffman case | ATHWAL14013 | 1 |
| 0147 | 2015-08-13 | Arrest Warrants and Affidavit in Support of Ramey Warrant | unnumbered | 334 |
| 0148 | 2015-08-18 | Original caption page in the criminal case People vs. Carson, et al., No. 1490969, Superior Court of State of California | unnumbered | 5 |
| 0149 | 2015-08-20 | Email from C. McKnight to J. Evers, K. Bunch, an B. Soria Re: Kauffman Case | ATHWAL12874-ATHWAL12875 | 2 |

JOINT PRETRIAL STATEMENT
CASE NO. 1:15-CV-00311-DJC-CSK

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0150 | 2015-09-04 | Report by C. Brown re: firearms examination; 8/17/2015 James Hamiel Physical Examination Report | 4760-4766 | 7 |
| 0151 | 2015-09-04 | Investigation Report/Supp. of D. Lingerfelt Interviews w/ Teresa Watson and Felicity Starr. | 10875-10879 | 5 |
| 0152 | 2015-09-10 | Investigation Report/Supp. of D. Lingerfelt., Interview of D. McMillan (1/29/2014) | 10899-10904 | 6 |
| 0153 | 2015-09-11 | Investigation Report/Supp. By D. Lingerflet re: interview with David McMillan | 10905-10908 | 3 |
| 0154 | 2015-09-16 | Supp. Report SPJ-#7 by S. Jacobson, 8/14/2015 Interview with R. Woody | 12984-13016 | 33 |
| 0155 | 2015-09-16 | Supp. Report SPJ-#8 by S. Jacobson, 8/15/2015 Interview with R. Woody | 14098-14117 | 20 |
| 0156 | 2015-10-15 | Email from J. Evers to D. Golla among others re: Computer Forensics | ATHWAL19346 | 1 |
| 0157 | 2016-02-01 | Supp. Report SPJ-#18 by S. Jacobson, 10/6/2015 Interview with R. Woody | 16050-16088 | 29 |
| 0158 | 2016-02-05 | Transcript of Woody Interview by C. Brown | 27367-27395 | 29 |
| 0159 | 2016-02-08 | Transcript of Robert Woody Interview by S. Jacobson | 27833-27979 | 278 |
| 0160 | 2016-02-09 | Transcript of interview with R. Woody by K. Bunch and J. Evers | 27396-27692 | 298 |
| 0161 | 2016-02-15 | Transcript of interview, between R. Woody and S. Jacobson | 27693-27824 | 132 |
| 0162 | 2016-06-02 | Supp. Report of D. Perry re game camera footage | 27253-27254 | 22 |
| 0163 | 2016-06-24 | Transcript of R. Woody Interview by S. Jacobson and Sgt. K. Domby | 28508-28872 | 365 |
| 0164 | 2016-06-28 | Supp. Report of D. Perry re: CDs and USB evidence | 27826-27827 | 2 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0165 | 2016-06-30 | Supp. Report of J. Evers, details processing of flash drive and CDs evidence (6/30/16); Supp. Report of D. Perry, detailing arrest of "Confidential-2" and their information on the Kauffman case (7/17/2013); Supp. Report of D. Perry re: Carson's cell phone (9/3/2013); Supp. Report of D. Perry re: placement of surveillance equipment at location of Kauffman's remains (9/6/2013); Supp. Report of D. Perry re service of search warrant for GPS tracking on F. Carson's vehicle (9/13/2013) | 27980-28006 | 27 |
| 0166 | 2016-07-01 | Supp. Report of J. Evers re: CDs obtained from D. Perry on 6/22/16 | 28007-28022 | 16 |
| 0167 | 2016-07-22 | Transcript of Robert Woody interview by S. Jacobson, J. Evers and CDDA M. Ferreira | 29140-29271 | 132 |
| 0168 | 2016-07-22 | Supp. Report of J. Evers re: 7/22/2016 interview of Robert Woody | 28873-28890 | 18 |
| 0169 | 2016-07-27 | Transcript of Robert Woody Interview by S. Jacobson, M. Ferreira, and Det. J. Evers | 29140-29271 | 132 |
| 0170 | 2016-08-03 | Testimony Agreement between Robert Woody and Office of the District Attorney Stanislaus County | 46657-46665 | 9 |
| 0171 | 2016-08-05 | Transcript of phone conversation from Tuolumne County Jail between B. Woody, R. Woody, and W. Woody | 29900-29926 | 27 |
| 0172 | 2016-09-09 | Transcript of Woody Interview, by Inv. S. Jacobson and Inv. D. Lingerfelt | 30405-30437 | 33 |
| 0173 | 2016-11-28 | Supp. Report by S. Jacobson re: execution of the search warrant on the residence of D. Atwal | 31786-31794 | 9 |
| 0174 | 2016-12-05 | Arrest Report by M. Brodie re: Interview of Bobby Tickner | 31779-31781 | 3 |
| 0175 | 2017-01-04 | Investigation Report/Supp. of D. Lingerfelt Summary of the audio interview of Danny Sisco. | 32189-32194 | 6 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0176 | 2017-01-13 | Email between K. Bunch and K. Domby re preliminary summary of criminal investigation | CHP-WELLS 001061 | 1 |
| 0177 | 2017-02-09 | Analytical Report from the Serological Research Institute, Gary Harmor, Chief Forensic Serologist, to Det. C. Brown | 32452-32460 | 9 |
| 0178 | 2017-02-14 | Investigation Report /Supp., Report of D. Lingerfelt, Interview of CI #14-2 by Bunch and Lingerfelt | 32538-32542 | 5 |
| 0179 | 2017-03-06 | Forensic Report of Daniel Golla re: examination of S. McFarlane's iPhone examination | 32721-32722 | 2 |
| 0180 | 2017-05-08 | Declaration of John Baker (*The people of the state of California vs. Frank C. Carson*) | unnumbered | 2 |
| 0181 | 2017-07-20 | Email from Marlisa Ferreira to Bianca Garay, Brenda Cisneros, Kathryn Kirkbride and Birgit Fladager re: Discovery for Carson, Aguilar and Khan | unnumbered | 1 |
| 0182 | 2018-01-05 | Email between K. Bunch and K. Domby re sharing notes from suspect interview for use in the S. McFarlane interview | CHP-WELLS 001055 | 1 |
| 0183 | 2018-06-12 | Transcript of Jury Trial -Day 85, Testimony of Michael Cooley in The People of the State of California vs. Frank Carson et al. | unnumbered | 298 |
| 0184 | 2018-08-01 | Email from J. Cook to C. Cook, M. Ferreira, K. Bunch, and S. Jacobson re: Devices within the vicinity of KK device | CTRL01178647-CTRL01178648 | 5 |
| 0185 | 2018-08-21 | Email from J. Cook to M. Ferreira re: Map, with attached Google maps SE Turlock | unnumbered | 4 |
| 0186 | 2019-06-28 | Superior Court of CA for the County of Stanislaus, Case No. 1490969, People of the State of CA vs. Frank Carson, Verdict of the Jury | unnumbered | 11 |
| 0187 | 2019-08-13 | Modesto Bee news article "'Here: we go again' Judge reluctantly grants" | unnumbered | 1 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0188 | 2021-01-27 | Stanislaus County Sheriff's Department Stanislaus CO SD CA Policy Manual | unnumbered | 9 |
| 0189 | 2023-12-01 | Google maps aerial photo of Pop-n-Cork neighborhood | unnumbered | 1 |
| 0190 | 2024-01-12 | Department of Justice Response to Subpoena Duces Tecum After Meet & Confer, attaching Production (DOJ0001-DOJ0002) | unnumbered | 7 |
| 0191 | 2024-05-30 | R. Aguero Report re:  Athwal et al v. County of Stanislaus (phone analysis), with Exhibits A-D (and B. Atwal/ W. Wells phone records) | unnumbered | 43 |
| 0192 | 2023-11-01 | Abbreviated Curriculum Vitae of Robert Aguero | unnumbered | 6 |
| 0193 | 2024-05-17 | P. Berg Expert Report re:  W. Wells v. County of Stanislaus, et al. | unnumbered | 14 |
| 0194 | 2024-06-03 | R. Leo Expert Report re: State of California v. Daljit Atwal Stanislaus Superior Court #1490969 (Police interrogation techniques) | unnumbered | 44 |
| 0195 | 2024-06-05 | P. Allman Economic Loss Report (Wells) | unnumbered | 42 |
| 0196 | 2024-06-05 | P. Allman Economic Loss Report (McFarlane) | unnumbered | 64 |
| 0197 | 2024-06-06 | M. Fahlen Expert Report | unnumbered | 2 |
| 0198 | 2024-06-06 | S. DeFoe, Federal Rules of Civil Procedure: 26 (a) (2) (B) Report | unnumbered | 55 |
| 0199 | 2024-06-07 | R. Beegle Expert Report | unnumbered | 20 |
| 0200 | 2024-06-07 | M. Murphy Expert Report | unnumbered | 32 |
| 0201 | 2024-10-15 | Wireless Analysis Report by J. Cook in People vs. Carson et al. | 10912-11494 | 583 |
| 0202 | REVISED Sept 2018 | Basic Course Workbook Series Student Materials Learning Domain 18 Investigative Report Writing Version 3.3 | unnumbered | 21 |
| 0203 | undated | WHITEBOARD Photo Suspects and people involved | unnumbered | 1 |
| 0204 | undated | Transcript of conversation between Inv. Bunch, R. Woody, and Det. J. Evers | 32551-32582 | 32 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0205 | undated | Video taken by Detective Brown re: the location of Kauffman remains (Stanislaus Forest) | unnumbered | n/a |
| 0206 | undated | Cell site Diagram drawn by J. Cook | unnumbered | 1 |
| 0207 | undated | People v. Frank Carson PowerPoint re: case overview, timeline, definitions, and overlays of phone activities | unnumbered | 229 |
| 0208 | undated | Photo of shallow grave | unnumbered | 1 |
| 0209 | Various Dates | Performance Appraisal -- Officer Walter Wells (2011-2014) | CHP-WELLS 001010 - CHP-WELLS 001012 CHP-WELLS 000987 - CHP-WELLS 000988 CHP-WELLS 001006 - CHP-WELLS 001007 | 6 |
| 0210 | Various Dates | Performance Appraisal -- Officer Scott McFarlane (2011 to 2014) | CHP-McFARLANE 001620 - CHP-McFARLANE 001621 CHP-McFARLANE 001618 - CHP-McFARLANE 001619 CHP-McFARLANE 001616 - CHP-McFARLANE 001617 | 6 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0211 | Various Dates | W. Wells Employment Records | ATHWAL_PLTFS00002205 - ATHWAL_PLTFS00002283 ATHWAL_PLTFS00002264 - ATHWAL_PLTFS00002265 ATHWAL_PLTFS00002267 - ATHWAL_PLTFS00002268 ATHWAL_PLTFS00002269 ATHWAL_PLTFS00002280 - ATHWAL_PLTFS00002282 ATHWAL_PLTFS00002276 - ATHWAL_PLTFS00002278 ATHWAL_PLTFS00002279 ATHWAL_PLTFS00002274 - ATHWAL_PLTFS00002275 ATHWAL_PLTFS00002266 ATHWAL_PLTFS00002260 - ATHWAL_PLTFS00002261 ATHWAL_PLTFS00002262 - ATHWAL_PLTFS00002263 ATHWAL_PLTFS00002283 ATHWAL_PLTFS00002272 - ATHWAL_PLTFS00002273 ATHWAL_PLTFS00002205 ATHWAL_PLTFS00002208 ATHWAL_PLTFS00002209 ATHWAL_PLTFS00002210 ATHWAL_PLTFS00002213 CHP-WELLS 000958 - CHP-WELLS 001026 | 106 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0212 | Various Dates | W. Well Tax Documents | ATHWAL_PLTFS00002115-<br>ATHWAL_PLTFS00002124<br>ATHWAL_PLTFS00002227<br>ATHWAL_PLTFS00002234<br>ATHWAL_PLTFS00002228<br>ATHWAL_PLTFS00002229<br>ATHWAL_PLTFS00002230-<br>ATHWAL_PLTFS00002231<br>ATHWAL_PLTFS00002219<br>ATHWAL_PLTFS00002220<br>ATHWAL_PLTFS00002206<br>ATHWAL_PLTFS00002207<br>ATHWAL_PLTFS00002211<br>ATHWAL_PLTFS00002212<br>ATHWAL_PLTFS00002125-<br>ATHWAL_PLTFS00002139<br>ATHWAL_PLTFS00002140-<br>ATHWAL_PLTFS00002143<br>ATHWAL_PLTFS00002306<br>ATHWAL_PLTFS00002307<br>ATHWAL_PLTFS00002308<br>ATHWAL_PLTFS00002310<br>ATHWAL_PLTFS00002312<br>ATHWAL_PLTFS00002313<br>ATHWAL_PLTFS00002311<br>ATHWAL_PLTFS00002309 | 49 |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0213 | Various Dates | S. McFarlane Employment Records | ATHWAL_PLTFS00002225<br>ATHWAL_PLTFS00002226<br>ATHWAL_PLTFS00002253<br>ATHWAL_PLTFS00002254<br>ATHWAL_PLTFS00002256<br>ATHWAL_PLTFS00002257-<br>ATHWAL_PLTFS00002259<br>ATHWAL_PLTFS00002255<br>ATHWAL_PLTFS00002252<br>ATHWAL_PLTFS00002248<br>ATHWAL_PLTFS00002251<br>ATHWAL_PLTFS00002249<br>ATHWAL_PLTFS00002247<br>ATHWAL_PLTFS00002244<br>ATHWAL_PLTFS00002246<br>ATHWAL_PLTFS00002245<br>ATHWAL_PLTFS00002158<br>ATHWAL_PLTFS00002159<br>ATHWAL_PLTFS00002196<br>ATHWAL_PLTFS00002197<br>ATHWAL_PLTFS00002199-<br>ATHWAL_PLTFS00002203<br>ATHWAL_PLTFS00002238-<br>ATHWAL_PLTFS00002239<br>ATHWAL_PLTFS00002240-<br>ATHWAL_PLTFS00002241<br>ATHWAL_PLTFS00002242-<br>ATHWAL_PLTFS00002243<br>ATHWAL_PLTFS00002236-<br>ATHWAL_PLTFS00002237<br>ATHWAL_PLTFS00002235<br>CHP-McFARLANE 001576-<br>CHP-McFARLANE 001697 | 18 |
| 0214 | Various Dates | S. McFarlane Tax Documents | ATHWAL_PLTFS00002197<br>ATHWAL_PLTFS00002204<br>ATHWAL_PLTFS00002314<br>ATHWAL_PLTFS00002316<br>ATHWAL_PLTFS00002317<br>ATHWAL_PLTFS00002319<br>ATHWAL_PLTFS00002318<br>ATHWAL_PLTFS00002320<br>ATHWAL_PLTFS00002321<br>ATHWAL_PLTFS00002221<br>ATHWAL_PLTFS00002322 | 21 |
| 0215 | 8/31/2020 | Invoice to the Estate of Frank Carson | Defilippo 7 | 1 |

31

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0216 | Various Dates | Documents entitled Frank Carson Billing | Defilippo 8-14, 162-168 | 14 |
| 0217 | Various Dates | Money Spent During Preliminary Hearing | Defilippo 179-79 | |
| 0218 | Undated | Creditor's claim, Law offices of Preciliano Martinez | Defilippo 187-188 | 2 |
| 0219 | | Triland Acres Limited Partnership Loan to Georgia Defilippo | Defilippo 85 | 1 |
| 0220 | 15-08-14 | Bail for Eduardo Quintanar | Quintanar 120-21 | 2 |
| 0221 | 3/15/2015 | Email from Bunch to Heather Quintanar | Quintanar 54 | 1 |
| 0222 | Various Dates | Bill from Law Offices of Alonzo Gradford | Quintanar 135-36 | 2 |
| 0223 | Various dates | W2s and income documents from Eduardo Quintanar | unnumbered | |
| 0224 | 4/2/2014 | Report of Jon Evers re interaction with Frank Carson in courthouse | 11567-11568 | 2 |
| 0225 | | Various Clips of Statements of Defendants on LA Times Podcast Trials of Frank Carson | unnumbered | |
| 0226 | 7/31/2012 | Bunch Report re Text messages of Christina Defilippo | 1383-1396 | 14 |
| 0227 | 10/13/2015 | 1324 for Cooley | unnumbered | 3 |
| 0228 | 10/13/2015 | 1324 for Keyes | unnumbered | 3 |
| 0229 | 2/26/2014 | Booking for Cooley and Keyes | 13120-13123 | |
| 0230 | 2/27/2014 | Arrest warrant for Robert Woody | 0117-0125 | 9 |
| 0231 | 3/11/2014 | Bunch report re Kimberly Stout | 663-670 | 8 |
| 0232 | 3/11/2014 | Bunch report on John Paden | 344-347 | 4 |
| 0233 | 3/11/2014 | Transcript of interview with John Paden | 40548-40563 | 16 |
| 0234 | 3/11/2014 | Transcript of interview with Kimberly Stout | 45431-45473 | 44 |
| 0235 | 1/23/2014 | Transcript of Kevin Pickett Interview | 46030-46084 | 55 |
| 0236 | 8/22/2013 | Report on Gary Crosby | 13061-13064 | 4 |
| 0237 | 1/30/2014 | Gary Crosby Transcript of interview with Evers and Bunch | 45278-45324 | 47 |
| 0238 | 3/11/2016 | August 2014 Field Investigation report by Hamiel with DOJ Crime Lab | 22041-22045 | 5 |
| 0239 | 2/8/2013 | Transcript of Interview with Charlie Odell by Corey Brown | unnumbered | 22 |
| 0240 | 2/14/2013 | Bunch report on Odell | 1555-1573 | 19 |
| 0241 | 3/23/2004 | Report of Dr. Lee Ervin re Kirk Bunch | unnumbered | |

| Exhibit Number | Date | Description | Bates Numbers | Pages |
|---|---|---|---|---|
| 0242 | 5/18/2012 | Report of Navarro re Kevin Pickett | 1010-1019 | 10 |
| 0243 | | Reports of Dr. Paul Berg on Christina Defilippo | unnumbered | |
| 0244 | | Reports of Dr. Paul Berg on Georgia Defilippo | unnumbered | |
| 0245 | | Photo of Korey Kauffman Tombstone | unnumbered | 1 |
| 0246 | | Declaration of Betty Nichols | Ex 147 to Ferreira Depo | |
| 0247 | | Audio of Tickner Interview 3/3/14 | unnumbered | 1 |
| 0248 | | Summary of Tickner Interview 3/3/14 | 32016-32019 | 4 |
| 0249 | | Physical Evidence Examination Report (Bullet with KK remains) | 2588-2589 | 2 |
| 0250 | | Decision of State Personnel Board re Quintanar | unnumbered | 44 |
| 0251 | 1/7/2016 | Navarro Report re TPD Contacts with Cooleys | 14818-15303 | 486 |

### B. Defendants' Exhibits

a. Office of the District Attorney Reports

b. Law enforcement reports

c. Jury Trial Transcripts, The People of the State of California v. Frank Clifford Carson, et al.

d. Preliminary Hearing Transcripts, The People of the State of California v. Frank Clifford Carson, et al.

e. Law and Motion papers and supporting documentation in The People of the State of California v. Frank Clifford Carson, et al.

f. Recordings of all interviews in investigation of the disappearance and murder of Korey Kauffman and all transcripts of recordings

g. All exhibits to the preliminary hearing and trial in The People of the State of California v. Frank Clifford Carson, et al.

**XII.    DISCOVERY DOCUMENTS**

**A.  Plaintiffs' Discovery Documents**

**1.    Interrogatory Responses**

Plaintiffs expect to offer the following interrogatory responses at trial:

a.    Defendant County of Stanislaus' November 7, 2019 Response to Plaintiffs Baljit Athwal and Daljit Atwal's Interrogatories, Set Two, No. 4.

b.    Defendant County of Stanislaus' August 3, 2020 Response to Plaintiffs Baljit Athwal and Daljit Atwal's Interrogatories, Set Four, Nos. 12 and 13;

c.    Defendant County of Stanislaus' September 9, 2021 Response to Plaintiffs Baljit Athwal and Daljit Atwal's Requests for Admission, First Set, Nos. 6-16; and

d.    Defendant County of Stanislaus' August 25, 2020 Amended Response to Plaintiffs Baljit Athwal and Daljit Atwal's Interrogatories, Set Four, No. 12.

e.    Defendant County of Stanislaus' September 8, 2021 Amended Response to Plaintiff Walter Wells' Interrogatories, Set Two, Nos. 2, 3, and 5.

f.    Defendant County of Stanislaus' September 8, 2021 Amended Response to Plaintiff Baljit Athwal's Interrogatories, Set Seven, No. 21.

g.    Defendant County of Stanislaus' September 8, 2021 Amended Response to Plaintiff Daljit Atwal's Interrogatories, Set Five, No. 14.

h.    Defendant Birgit Fladager's September 8, 2021 Amended Response to Plaintiff Walter Well's Interrogatories, Set One, No. 1-4.

i.    Defendant Birgit Fladager's September 8, 2021 Amended Response to Daljit Atwal's Well's Interrogatories, Set One, No. 1.

j.    Defendant Birgit Fladager's September 8, 2021 Amended Response to Baljit Athwal's Well's Interrogatories, Set Three, No. 13.

**2.    Request for Admission Responses**

Plaintiffs expect to offer the following request for admission responses at trial:

a.    Defendant County of Stanislaus' October 20, 2022 Response to Plaintiffs Baljit Athwal and Daljit Atwal's Requests for Admission, Set Two, Nos. 17, 30, 39, 45, 50, 53, 56, 59,

34

62, 65, 79, 89, 92, 97, and 101;

   b.  Defendant County of Stanislaus' October 20, 2022 Response to Plaintiffs Walter Wells and Scott McFarlane's Requests for Admission, Set Two, Nos. 17, 30, 39, 45, 50, 53, 56, 59, 62, 65, 79, 89, 92, 97, and 101;

   c.  Defendant County of Stanislaus' January 31, 2023 Amended Response to Plaintiffs Baljit Athwal and Daljit Atwal's Requests for Admission, Set Two, Nos. 18, 22, 27, 30, 42, 53, 59, 73, 76, 79, 83, 86, and 97;

   d.  Defendant County of Stanislaus' September 14, 2023 Response to Plaintiffs Baljit Athwal and Daljit Atwal's Requests for Admission, Set Three, Nos. 112-139;

   e.  Defendant County of Stanislaus' September 14, 2023 Response to Plaintiffs Walter Wells and Scott McFarlane's Requests for Admission, Set Three, Nos. 112-139;

   f.  Defendant County of Stanislaus' January 30, 2024 Response to Plaintiffs Baljit Athwal and Daljit Atwal's Requests for Admission, Set Four, Nos. 140, and 142-150; and

   g.  Defendant County of Stanislaus' April 30, 2024 Response to Plaintiffs Baljit Athwal and Daljit Atwal's Requests for Admission, Set Five, Nos. 151-153.

### 3. Depositions

Plaintiffs expect to offer the following excerpts from Birgit Fladager's deposition, taken on September 25, 2023: 72:5-14.

Plaintiffs expect to offer the following excerpts from Kirk Bunch's deposition, taken on February 23, 2023: 68:19-22, 69:8.

Plaintiffs expect to offer the following excerpts from Steve Jacobson's deposition, taken on February 15, 2022: 162:1-4, 162:8-14.

Plaintiffs expect to offer the following excerpts from Cory Brown's deposition, taken on June 17, 2021: 529:19-21, 529:24-530:2, 527:15-19, 527:22-24.

Plaintiffs expect to offer the following excerpts from Robert Woody's deposition, taken on December 19, 2023:

  1. 6:20-24

  2. 123:22-124:14

1        3.  154:14-156:10

2        4.  186:20-187:6

3        5.  190:3-20

4        6.  191:11-23

5        Plaintiffs expect to offer the following excerpts from Ms. Beverly Woody's deposition,

6  taken on November 12, 2020, at trial:

7        7.  8:8-9:2

8        8.  10:22-11:6

9        9.  11:15-12:20

10       10. 13:3-5

11       11. 13:16-14:16

12       12. 15:4-17:4

13       13. 17:10-18:1

14       14. 18:4-8

15       15. 18:13

16       16. 18:22-19:21

17       17. 21:8-14

18       18. 21:25-25:12

19       19. 26:10-27:18

20       20. 28:7-9

21       21. 29:10-30:5

22       22. 31:16-24

23       23. 32:6-15

24       24. 32:19-23

25       25. 33:2-24

26       26. 35:1-12

27       27. 38:16-39:1

28       28. 40:9-41:19

29. 45:17-46:4

30. 46:17-19

31. 48:12-49:17

32. 49:25-51:14

33. 51:22-52:6

34. 60:1-4

35. 62:3-6

36. 86:10-16

37. 90:5-8

## XIII.   FURTHER DISCOVERY OR MOTIONS

There are no outstanding depositions.  The parties do not intend to retain additional experts at this time.  No discovery motions are anticipated.

## XIV.   STIPULATIONS

The parties stipulate to the authenticity of documents produced by both sides in this litigation, including preliminary hearing and trial transcripts, and interview transcripts.

## XV.    AMENDMENTS - DISMISSALS

The Athwal Plaintiffs have offered a stipulation to dismiss Defendant Dale Lingerfelt. Plaintiffs Wells and McFarlane have offered to dismiss their claims for negligent infliction of emotional distress and intentional infliction of emotional distress in exchange for an agreement that they can add a cause of action for negligence.  Georgia Defilippo will stipulate to dismiss the claim for wrongful death.

## XVI.   SETTLEMENT NEGOTIATIONS

The parties are scheduled to participate in settlement proceedings before Magistrate Judge Jeremy D. Peterson on April 1, 2025.

## XVII.  AGREED STATEMENTS

Plaintiffs believe that some of the basic underlying facts can be stipulated to and presented to the jury, such as the charges that were filed, and the disposition of the criminal cases.  (See Undisputed Facts above.)

JOINT PRETRIAL STATEMENT
CASE NO. 1:15-CV-00311-DJC-CSK

## XVIII. SEPARATE TRIAL OF ISSUES

Plaintiffs do not believe that a separate trial of any issue is necessary. Defendants submit there should be bifurcation of liability and damages for trial.

## XIX. IMPARTIAL EXPERTS - LIMITATION OF EXPERTS

Plaintiffs do not believe an impartial expert is necessary, or that it will be necessary to order a limitation on experts.

## XX. ATTORNEYS' FEES

Plaintiffs seek attorneys' fees under 42 U.S.C. § 1988 and the California private attorney general doctrine (C.C.P. § 1021.5).

## XXI. TRIAL EXHIBITS

Plaintiffs do not believe special handling of trial exhibits will be necessary.

## XXII. TRIAL PROTECTIVE ORDER

Plaintiffs do not intend to pursue a protective order for trial.

## XXIII. ANTICIPATED LENGTH OF TRIAL

The parties believe that the trial will likely last 15-20 court days.

## XXIV. CONCLUSION

The parties do not believe that this case will be settled and are prepared to commence with a jury trial.

1

2

Dated:  February 6, 2025

MORRISON & FOERSTER LLP

3

4

By:     /s/ Arturo J. González
        ARTURO J. GONZALEZ

5

6

7

Attorneys for Plaintiffs
BALJIT ATHWAL, DALJIT ATWAL,
WALTER W. WELLS, and SCOTT
MCFARLANE

8

9

Dated: February 6, 2025

GWILLIAM, IVARY, CHIOSSO, CAVALLI,
BREWER

10

11

By:     /s/ Jayme L. Walker
        JAYME L. WALKER

12

13

14

15

Attorneys for Plaintiffs
GEORGIA DEFILIPPO, CHRISTINA
DEFILIPPO, EDUARDO QUINTANAR, JR.,
THE ESTATE OF FRANK CARSON AND
GEORGIA DEFILIPPO, AS AN
INDIVIDUAL AS SUCCESSOR IN
INTEREST TO FRANK CARSON

16

17

Dated: February 6, 2025

PORTER SCOTT
A PROFESSIONAL CORPORATION

18

19

20

By:   /s/ John R. Whitefleet
      JOHN R. WHITEFLEET

21

22

23

Attorneys for Defendants
COUNTY OF STANISLAUS,
KIRK BUNCH, DALE LINGERFELT,
STEVE JACOBSON, and BIRGIT
FLADAGER

24

25

26

27

28

JOINT PRETRIAL STATEMENT
CASE NO. 1:15-CV-00311-DJC-CSK

1

**ECF ATTESTATION**

2          In accordance with Civil Local Rule 131(e), I attest that concurrence in the filing of this

3    document has been obtained from each of the other signatories.

4    Dated: February 6, 2025                    By  */s/ Arturo J. González*
                                                    ARTURO J. GONZALEZ

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT PRETRIAL STATEMENT
CASE NO. 1:15-CV-00311-DJC-CSK