ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
Mangueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

LYNDSEY H. CAIN (*pro hac vice*)
LCain@mofo.com
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone:  303.592.1500

Attorneys for Plaintiffs
BALJIT ATHWAL, DALJIT ATWAL,
WALTER W. WELLS, and SCOTT MCFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BALJIT ATHWAL and DALJIT ATWAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, *et al*.,<br><br>Defendants. | Consolidated Case No.<br>1:15-CV-00311-DJC-CSK<br><br>**ERRATA REGARDING JOINT PRETRIAL STATEMENT**<br><br>Date:        February 13, 2025<br>Time:        1:30pm<br>Courtroom:   7r<br>Judge:       Hon. Daniel J. Calabretta |
| WALTER W. WELLS and SCOTT MCFARLANE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; *et al*.,<br><br>Defendants. | Action Filed:   February 26, 2015<br>Trial Date:     April 14, 2025 |

Plaintiffs Baljit Athwal, Daljit Atwal, Walter Wells, and Scott McFarlane submit this errata to correct two items in Joint Pretrial Statement filed on February 6, 2025 ("Joint Pretrial Statement").  (*See* Dkt. 284).

First, there were four documents inadvertently omitted from Plaintiffs' Trial Exhibits. They are Trial Exhibit Nos. 252-255, attached hereto and noted below.

| Exhibit Number | Date | Description | Bates No. | Pages |
|---|---|---|---|---|
| 0252 | 2019-08-01 | Jai M. Gohel Attorney Client Fee Agreement Addendum -- Final Fee Due & Owing with Baljit Athwal | ATHWAL_PLTFS00002188-ATHWAL_PLTFS00002189 | 2 |
| 0253 | | Han Hjertonsson Legal Services Agreement with Daljit Atwal | ATHWAL_PLTFS00002332-ATHWAL_PLTFS00002335 | 4 |
| 0254 | 2015-07-14 | Law Office of Lewis E. Wentz Attorney-Client Fee Agreement with Scott McFarlane (including check payment receipts) | ATHWAL_PLTFS00002304-ATHWAL_PLTFS00002305, ATHWAL_PLTFS00002284-ATHWAL_PLTFS00002288 | 7 |
| 0255 | 2015-08-20 | Timothy B. Rien Professional Services Agreement (Limited) with Walter W. Wells | ATHWAL_PLTFS00002101-ATHWAL_PLTFS00002111 | 11 |

Second, the stipulated fact regarding Walter Wells' termination date is incorrect.  The Joint Pretrial Statement states that Plaintiff Walter Wells was terminated by the California Highway Patrol on May 18, 2015, but the California Highway Patrol terminated Mr. Wells on June 9, 2015.

We have asked Defendants to stipulate to these corrections but they have not responded to our requests.

1

Dated:  February 12, 2025                    MORRISON & FOERSTER LLP

2

3
                                             By:    /s/ Arturo J. González
4                                                   ARTURO J. GONZALEZ

5                                            Attorneys for Plaintiffs
                                             BALJIT ATHWAL, DALJIT ATWAL,
6                                            WALTER W. WELLS, and SCOTT
                                             MCFARLANE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2