ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
Mangueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

LYNDSEY H. CAIN (*pro hac vice*)
LCain@mofo.com
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone: 303.592.1500

Attorneys for Plaintiffs
BALJIT ATHWAL, DALJIT ATWAL,
WALTER W. WELLS, and SCOTT MCFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL and DALJIT ATWAL,<br>Plaintiffs,<br>v.<br>COUNTY OF STANISLAUS, *et al.*,<br>Defendants. | Consolidated Case No. 1:15-CV-00311-DJC-CSK<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL OF DALE LINGERFELT** |
| WALTER W. WELLS and SCOTT MCFARLANE,<br>Plaintiffs,<br>v.<br>COUNTY OF STANISLAUS; *et al.*,<br>Defendants. | Judge: Hon. Daniel J. Calabretta<br><br>Action Filed: February 26, 2015<br>Trial Date: April 14, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Baljit Athwal and Daljit Atwal ("Plaintiffs") and Defendants County of Stanislaus, Kirk Bunch, Dale Lingerfelt, Steve Jacobson, and Birgit Fladager ("Defendants") hereby stipulate as follows:

1. Plaintiffs agree to the dismissal of Defendant Lingerfelt.

2. Plaintiffs and Mr. Lingerfelt agree to a mutual dismissal of all claims (including costs and legal fees) against each other, and claims (including costs and legal fees) against the legal counsel for Plaintiffs and Mr. Lingerfelt.

3. The Parties stipulate and agree that Plaintiffs are dismissing Mr. Lingerfelt to streamline this case for the jury, and not because Plaintiffs believe their claims against Mr. Lingerfelt lack merit.

4. Defendants agree that they will not use the voluntary dismissal of Dale Lingerfelt as a basis for arguing against an award of legal fees, or that an award of legal fees should be reduced due to Mr. Lingerfelt's dismissal.

IT IS SO STIPULATED.

Dated: February 11, 2025

MORRISON & FOERSTER LLP

*By: /s/ Arturo J. González*
ARTURO J. GONZÁLEZ

Attorneys for Plaintiffs
BALJIT ATHWAL, DALJIT ATWAL, WALTER W. WELLS, and SCOTT MCFARLANE

Dated: February 11, 2025

PORTER SCOTT
A PROFESSIONAL CORPORATION

By: */s/ John R. Whitefleet*
JOHN R. WHITEFLEET

Attorneys for Defendants
COUNTY OF STANISLAUS, KIRK BUNCH, DALE LINGERFELT, STEVE JACOBSON, and BIRGIT FLADAGER

2

STIPULATION AND ORDER RE DISMISSAL OF DALE LINGERFELT
CASE NO. 1:15-CV-00311-DJC-CSK

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 12, 2025

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER RE DISMISSAL OF DALE LINGERFELT
CASE NO. 1:15-CV-00311-DJC-CSK

**ECF ATTESTATION**

In accordance with Civil Local Rule 131(e), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 11, 2025

By *\/s/ Arturo J. González*
ARTURO J. GONZÁLEZ