ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
Mangueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

LYNDSEY H. CAIN (*pro hac vice*)
LCain@mofo.com
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone:  303.592.1500

Attorneys for Plaintiffs
BALJIT ATHWAL, DALJIT ATWAL,
WALTER W. WELLS, and SCOTT MCFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL and DALJIT ATWAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, *et al.*,<br><br>Defendants.<br><hr>WALTER W. WELLS and SCOTT MCFARLANE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; *et al.*,<br><br>Defendants. | Consolidated Case No.<br>1:15-CV-00311-DJC-CSK<br><br>**STIPULATION AND ORDER TO CONTINUE START DATE OF THE TRIAL BY TWO DAYS**<br><br>Judge:        Hon. Daniel J. Calabretta<br><br>Action Filed:   February 26, 2015<br>Trial Date:     April 14, 2025 |

1  TO THIS HONORABLE COURT:

2  The parties hereby stipulate that due to a death in the family of one of the trial counsel, the

3  trial in this matter, currently set to begin on April 14, 2025, now begin on April 16, 2025.

4  IT IS SO STIPULATED.

5

6  Dated: April 8, 2025                MORRISON & FOERSTER LLP

7

8                                      By:  /s/ Arturo J. González
                                            ARTURO J. GONZÁLEZ
9
                                       Attorneys for Plaintiffs
10                                     BALJIT ATHWAL, DALJIT ATWAL,
                                       WALTER W. WELLS, and SCOTT
11                                     MCFARLANE

12
   Dated: April 8, 2025                GWILLIAM, IVARY, CHIOSSO, CAVALLI,
13                                     BREWER

14

15                                     By: /s/ Jayme L. Walker
                                           JAYME L. WALKER
16
   Attorneys for Plaintiffs
17  GEORGIA DEFILIPPO, CHRISTINA
    DEFILIPPO, EDUARDO QUINTANAR, JR.,
18  THE ESTATE OF FRANK CARSON AND
    GEORGIA DEFILIPPO, AS AN
19  INDIVIDUAL AS SUCCESSOR IN
    INTEREST TO FRANK CARSON
20

21
   Dated: April 8, 2025                PORTER SCOTT
22                                     A PROFESSIONAL CORPORATION

23

24                                     By: /s/ John R. Whitefleet
                                           JOHN R. WHITEFLEET
25
   Attorneys for Defendants
26  COUNTY OF STANISLAUS,
    KIRK BUNCH, DALE LINGERFELT,
27  STEVE JACOBSON, and BIRGIT
    FLADAGER
28

CERTIFICATE OF SERVICE
CASE NO. 1:15-cv-00311-TLN-BAM                                                                    1

**ORDER**

**PURSUANT TO THE PARTIES REQUEST, IT IS SO ORDERED.**

Dated: April 8, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE