ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

LYNDSEY H. CAIN (*pro hac vice*)
LCain@mofo.com
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone: 303.592.1500

Attorneys for Plaintiffs
BALJIT ATHWAL, DALJIT ATWAL,
WALTER W. WELLS, and SCOTT MCFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT ATHWAL and DALJIT ATWAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, *et al*.,<br><br>Defendants. | Consolidated Case No.<br>1:15-CV-00311-DJC-CSK<br><br>**PLAINTIFFS BALJIT ATHWAL, DALJIT ATWAL, WALTER W. WELLS, AND SCOTT MCFARLANE'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(ii)**<br><br>Honorable Daniel J. Calabretta<br><br>Trial Date: April 14, 2025 |
| WALTER W. WELLS and SCOTT MCFARLANE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; *et al*.,<br><br>Defendants. | |

PLAINTIFFS' NOTICE OF DISMISSAL
Case No. 1:15-CV-00311-DJC-CSK

1  TO THIS HONORABLE COURT:

2  This action is dismissed with prejudice by Plaintiffs BALJIT ATHWAL, DALJIT ATWAL, WALTER W. WELLS, and SCOTT MCFARLANE against Defendants COUNTY OF STANISLAUS, BIRGIT FLADAGER, MARLISSA FERREIRA, KIRK BUNCH, STEVE JACOBSON, and CORY BROWN. All parties to bear their own fees and costs.

This dismissal is made pursuant to F.R.Civ.P. 41(a)(ii).

Dated: August 5, 2025                MORRISON & FOERSTER LLP

                                     By:   */s/ Arturo J. González*
                                           ARTURO J. GONZÁLEZ

                                     Attorneys for Plaintiffs
                                     BALJIT ATHWAL, DALJIT ATWAL,
                                     WALTER W. WELLS, and SCOTT
                                     MCFARLANE

Dated: August 5, 2025                PORTER SCOTT
                                     A PROFESSIONAL CORPORATION

                                     By:   */s/ John R. Whitefleet*
                                           JOHN R. WHITEFLEET

                                     Attorneys for Defendants
                                     COUNTY OF STANISLAUS, ET AL.

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for County of Stanislaus, et al.

Dated: August 5, 2025                By:   */s/ Arturo J. González*
                                           ARTURO J. GONZÁLEZ

1

PLAINTIFFS' NOTICE OF DISMISSAL
CASE NO. 1:15-CV-00311-DJC-CSK